FILED

2013 OCT -2  AM II: 45

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

1    Lynell D. Davis, Esq., SBN 271152
     lynell@perfect10.com
2    PERFECT 10, INC.
     11803 Norfield Court
3    Los Angeles, CA 90077
     P 310.476.0794 | F 310.476.8138
4

5    Eric J. Benink, Esq., SBN 187434
     eric@kkbs-law.com
6    KRAUSE KALFAYAN BENINK & SLAVENS, LLP
     550 West C Street, Suite 530
7    San Diego, CA 92101
     P 619.232.0331 | F 619.232.4019
8

9    Attorneys for Plaintiff Perfect 10, Inc.

10

11                 UNITED STATES DISTRICT COURT

12                 CENTRAL DISTRICT OF CALIFORNIA

13

14   PERFECT 10, INC., a California        CASE NO. **CV13-07279-SVW**
     corporation,                                   **(Ex)**
15
                                           **COMPLAINT FOR:**
16              Plaintiff,

17        v.                               **(1) COPYRIGHT INFRINGEMENT;**
                                           **(2) TRADEMARK INFRINGEMENT;**
18                                         **(3) TRADEMARK DILUTION; AND**
     LEO RADVINSKY, an individual;         **(4) BREACH OF CONTRACT**
19   CYBERTANIA,  INC., an Illinois
     corporation; DATA                     **DEMAND FOR JURY TRIAL**
20   CONVERSIONS, INC.
     (FORMERLY KNOWN AS AEBN,
21   INC.), a North Carolina corporation;
     and DOES 1 through 10 , inclusive,
22
23              Defendants.
24

25

26

27

28

     _____
                         COMPLAINT

1    Plaintiff Perfect 10, Inc. ("Perfect 10"), by its attorneys, and for its

2   Complaint against Defendants Leo Radvinsky ("Mr. Radvinsky") and

3   Cybertania, Inc. ("Cybertania") (collectively, "Radvinsky") and Defendant Data

4   Conversions, Inc. (Formerly known as A.E.B.N., Inc., abbreviated for Adult

5   Entertainment Broadcast Network, Inc.) ("AEBN") alleges as follows:

6                        **JURISDICTION AND VENUE**

7        1.    Jurisdiction.  This action arises under the Copyright Act, 17 U.S.C.

8   § 101 *et seq.*, and the Lanham Act, 15 U.S.C. § 1051 *et seq.*  This Court has

9   jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331,

10  1337(a), 1338(a) and 1338(b) and principles of supplemental jurisdiction.  This

11  Court also has jurisdiction of this action pursuant to 28 U.S.C. § 1332, in that the

12  matter is between citizens of different states and the matter in controversy

13  exceeds the sum or value of $75,000, exclusive of interest and costs.

14  Additionally, this Court has retained jurisdiction over this matter and over

15  Perfect 10, Mr. Radvinsky, and Cybertania pursuant to the terms of a Stipulation

16  and Order for Dismissal Without Prejudice (the "Order") filed on June 14, 2000,

17  in *Perfect 10, Inc. v. Leo Radvinsky, et al.,* Case No. CV 99-7376-RAP (Mcx) in

18  this judicial district, under which this Court agreed to retain jurisdiction for

19  purposes of enforcing a settlement agreement entered into between the parties to

20  that action (the "Settlement Agreement"), which was attached as an exhibit to

21  the Order.  True and correct copies of the Order and the attached Settlement

22  Agreement are attached hereto as Exhibit 1.

23       2.    Venue.  Venue for this action properly lies in this District, pursuant

24  to 28 U.S.C. §§ 1391(b) and (c) and § 1400(a), because Defendants can be found

25  in this District and a substantial part of the events giving rise to Perfect 10's

26  claims arose in this District.  Moreover, venue for this action properly lies in this

27  District pursuant to Paragraph 15 of the Settlement Agreement.

28       3.    Personal Jurisdiction.  This Court has personal jurisdiction over

                                    1

1   Defendants, and each of them, because they have sufficiently continuous,

2   systematic, and routine contacts with California to establish such jurisdiction,

3   and/or because the wrongful activity at issue concerns Defendants' operation of

4   commercial businesses through which Defendants knowingly transact and solicit

5   business in California, including within this judicial district.  Therefore, each of

6   the Defendants has personally availed itself of the privilege of doing business in

7   California and material elements of Defendants' wrongdoing occurred in

8   California and caused injury to Perfect 10 in California.  In addition, Defendants

9   generate substantial revenue from California customers, their wrongful activity

10  was expressly aimed at California, Perfect 10 suffered resulting harm in

11  California and Defendants knew the harm was likely to be suffered in California,

12  including within this judicial district.  Defendant AEBN distributed the videos at

13  issue in this action in California, including within this judicial district.  In

14  addition, in 2007, AEBN merged with Raging Stallion Studios and

15  nakedsword.com, California-based adult video producers.  Defendants Mr.

16  Radvinsky and Cybertania are also subject to personal jurisdiction in California

17  because this Court retained jurisdiction over them for purposes of enforcing the

18  Settlement Agreement.

19  **THE PARTIES**

20      4.      Plaintiff Perfect 10 is, and at all times mentioned herein was, a

21  California corporation having its principal place of business within Los Angeles

22  County.  Perfect 10 published the popular magazine PERFECT 10 and owns and

23  operates the internet website located at *www.perfect10.com*, which domain name

24  Perfect 10 owns.  Perfect 10 owns the registered trademark/service mark Perfect

25  10®, including United States Trademark Registration Nos. 2,235,145,

26  2,202,643, 2,573,998, 2,709,583, 2,789,033, 3,018,160, 3,094,437, and

27  3,286,744.  Perfect 10 is the producer, publisher and distributor of Perfect 10®

28  products and services.

5.     Defendant Mr. Radvinsky is an Illinois resident and the director of Cybertania, an Illinois corporation.  Mr. Radvinsky and/or Cybertania own, operate, host, and/or control a portfolio of Internet websites, including, without limitation, the websites ultrapasswords.com, myfreepaysite.com and myfreecams.com (the "Radvinsky Websites").  Each of the Radvinsky Websites is registered to Mr. Radvinsky, who is also identified as the administrative, technical, and billing contact for each website.  True and correct copies of the Internet registrations for the Radvinsky Websites are attached as Exhibit 6.  The address for Mr. Radvinsky provided in connection with each website is the same address as the address for Cybertania.  Neither Mr. Radvinsky nor Cybertania has designated an agent on the website of the United States Copyright Office (www.copyright.gov) for the purposes of processing claims under the Digital Millennium Copyright Act (the "DMCA").

6.     Does 1 through 100, inclusive, are businesses owned or controlled by Defendants Radvinsky and/or AEBN which either directly or indirectly profit from and/or directly or indirectly infringe or facilitate the infringement of Perfect 10 intellectual property.  Does 1 through 100 are sued herein under fictitious names because their true names and capacities are unknown to Perfect 10.  When Perfect 10 ascertains the Doe Defendants' true names and capacities, it will seek leave to amend this Complaint to insert such true names and capacities.  Perfect 10 is informed and believes, and based thereon alleges, that each Doe Defendant acted with Defendants Radvinsky and/or AEBN and is responsible for the harm and damages to Perfect 10 alleged herein.  (Defendants Mr. Radvinsky, Cybertania, AEBN and the Doe Defendants are referred to hereinafter collectively as "Defendants.")

7.     Defendant AEBN is a North Carolina corporation that owns multiple adult websites, including, without limitation, pornotube.com and aebn.net, which sell and distribute adult videos.  Websites owned and operated

1   by Radvinsky offer AEBN videos.

2        8.    Perfect 10 is informed and believes, and based thereon alleges, that

3   at all times herein mentioned, each of the Defendants, including each and every

4   fictitiously named Defendant, was the agent, servant, employee, alter-ego,

5   instrumentality, representative, co-venturer, and/or partner of each of the other

6   said Defendants, and in doing the things herein alleged, was acting within the

7   course, scope, purpose and knowledge of such agency, employment, alter-ego,

8   instrumentality, representation, co-venture, and/or partnership, and with the

9   knowledge, permission and consent or with the approval or ratification of their

10  co-defendants and, as such, share liability with each other with respect to said

11  matters complained of herein.

12  **THE BUSINESS OF PERFECT 10**

13       9.    The business of Perfect 10 consists of the design, creation,

14  production, marketing, promotion, and sale of copyrighted adult entertainment

15  products, including photographs, magazines, video productions, and other

16  media.

17       10.    Perfect 10 was the publisher of the well-known magazine

18  PERFECT 10, but was forced to close that magazine because of rampant

19  infringement.

20       11.    Perfect 10 creates or created, and sells or sold, calendars and other

21  merchandise featuring its images, and was involved in the licensing of

22  downloads of images for cell phones, but is not currently earning revenue from

23  that endeavor because of rampant infringement.

24       12.    Perfect 10 owns and operates the internet website *perfect10.com*.

25  Consumers are provided access to content owned by Perfect 10 and made

26  available by payment of a membership fee of $25.50 per month.

27       13.    Perfect 10's revenues are currently derived predominantly from

28  sales of memberships to its *perfect10.com* website.  Sales of memberships to the

*perfect10.com* website are made by providing the customer with an individual user name and password to access the website.

14.   <u>The Perfect 10 Copyrighted Works</u>:  Perfect 10 owns thousands of valuable and unique copyrighted photographs, as well as video productions and other proprietary materials, some of which are identified in Exhibit 2.  Perfect 10 owns the copyrights in and to these works (the "Perfect 10 Copyrighted Works").  As set forth in Exhibit 2, a substantial number of Perfect 10's copyrighted photographs are registered with the United States Copyright Office. Perfect 10 has invested, and continues to invest, substantial sums of money, time, effort, and creative talent to make and produce the Perfect 10 Copyrighted Works.  In addition, in order to produce and sell the Perfect 10 Copyrighted Works, Perfect 10 is required to make numerous payments, including but not limited to model fees, photographer fees, location costs, styling costs, make-up costs, printing costs, film and processing costs, travel costs, as well as distribution, public relations, legal, and advertising and promotion costs.

15.   Attached hereto as Exhibit 3 are true and correct copies of examples of some of the more than 15,000 Perfect 10 copyrighted images that Radvinsky has infringed and contributed to the infringement of, in violation of the Settlement Agreement.  Clicking on the link at the top of each Perfect 10 copyrighted image leads to the myfreecams.com, one of the Radvinsky Websites.

16.   <u>The Perfect 10 Marks</u>:  Perfect 10 also is the owner of the valuable and well-known Perfect 10 family of trademarks, including but not limited to PERFECT 10, PERFECT10.COM, and P10 (the "Perfect 10 Marks").  These marks are used in commerce by Perfect 10 on and in connection with the sale of its products and services, including PERFECT 10 Magazine, *perfect10.com,* and videos and DVDs sold by Perfect 10.  Perfect 10 has spent tens of millions of dollars advertising and promoting the Perfect 10 Marks and Perfect 10 products

1    and services bearing these marks.  Perfect 10 has built and owns the valuable

2    goodwill symbolized by the Perfect 10 Marks.  At least eight of Perfect 10's

3    registered trademarks – Trademark Registration Nos. 2,235,145, 2,202,643,

4    2,573,998, 2,709,583, 2,789,033, 3,018,160, 3,094,437, and 3,286,744

5    (including for prerecorded video disks featuring … adult entertainment) – have

6    become incontestable under Section 15 of the Lanham Act, 15 U.S.C. § 1065.

7    True and correct copies of documents demonstrating that Perfect 10's

8    trademarks have become incontestable are attached hereto as Exhibit 5.

9    Examples of Perfect 10 videos which include the Perfect 10 trademarks are

10   shown in Exhibit 4.

11        17.    Goods and services bearing the Perfect 10 Marks have been

12   featured and/or talked about on numerous television and radio shows (including

13   *The Tonight Show, The Sopranos, The Amazing Race, Entourage, The Howard*

14   *Stern Show*, *Dawson's Creek*, *Battledome*, *Fox News*, *Hard Copy*, *Entertainment*

15   *Tonight*, *Extra*, *The Dating Game*, *Temptation Island*, *Monday Night Football*,

16   *Hannity &Colmes*, *The O'Reilly Factor*, *The View*, and *Jenny Jones*), in motion

17   pictures (including *Orphan*, *Superbad*, *Knocked Up*, *Spiderman*, *American Pie*,

18   *Hollow Man*, and *The Way of the Gun*), and in newspapers and periodicals.

19        18.    The success of Perfect 10's business is almost entirely dependent

20   on its intellectual property rights.  Therefore, the ongoing and massive

21   infringement of Perfect 10's rights, as herein described, is devastating to, and

22   threatens the existence of, Perfect 10's business.

23                    **THE BUSINESS OF RADVINSKY**

24        19.    The Radvinsky Websites are registered to Mr. Radvinsky.  Mr.

25   Radvinsky is also the administrative, billing, and technical contact for these

26   three websites.  The three websites all use the same address.

27        20.    The Radvinsky Websites, including (without limitation) the

28   websites ultrapasswords.com, myfreecams.com and myfreepaysite.com, display

and use the Perfect 10 Marks to promote, advertise, sell, and distribute adult films and products, a number of which infringe the Perfect 10 Marks.  Such adult videos include titles with the names "Perfect 10," "Perfect Ten," "Perfect 10 T-Girl 2," "Perfect 10 T-Girl 3," "Perfect 10 T-Girl 4," "Perfect 10 T-Girl 5," "Perfect 10 T-Girl 6," "Perfect 10 Lesbian Show," "Perfect 10 Part 2," "A Perfect 10," "Transsexual Beauty Queens: Perfect 10's #2," "Transsexual Beauty Queens: Perfect 10's 4," "Transsexual Beauty Queens: Perfect 10's 5," "My Perfect 10's Again," and "Jana Cova, Perfect 10 Living Doll." True and correct copies of screenshots from the websites ultrapasswords.com and myfreepaysite.com which display examples of such infringing titles (which screenshots are partially redacted to minimize highly-graphic materials) are attached hereto as Exhibit 7.

21.     Radvinsky intentionally uses the trademark or term "Perfect 10" in the description of such videos and in metatags so that links to pages on the Radvinsky Websites appear in response to search engine searches on the term "Perfect 10."

22.     Perfect 10 is informed and believes, and based thereon alleges, that Radvinsky receives a direct financial benefit from the infringement, dilution, and unauthorized exploitation of the Perfect 10 Marks.

23.     In addition, Radvinsky places tens of thousands of ads next to infringing Perfect 10 copyrighted images, together with links to the Radvinsky Websites, for the purpose of using Perfect 10's copyrighted images, including the Perfect 10 Copyrighted Works, to promote the Radvinsky Websites. Attached hereto as Exhibit 3 are true and correct copies of examples of screenshots from the third-party website imagevenue.com, which include ads and links to Radvinsky's website, myfreecams.com.

24.     Radvinsky is fully aware that it is illegal, and in violation of the Settlement Agreement, for Radvinsky to make use of the Perfect 10 Marks and

1   the Perfect 10 Copyrighted Works

2        25.    On August 9, 10, and 16, 2013, Perfect 10 sent notices to

3   Radvinsky under the DMCA, advising Radvinsky that he was placing ads next

4   to Perfect 10 Copyrighted Works on third-party websites and placing links from

5   pages containing thousands of Perfect 10 copyrighted images to his website

6   myfreecams.com.  Radvinsky has not responded to those notices, and has not

7   stopped the practice of placing his ads next to Perfect 10 Copyrighted Works, in

8   violation of the Settlement Agreement.

9                      **THE BUSINESS OF AEBN**

10       26.    AEBN and Radvinsky have a business relationship whereby they

11   jointly profit from the sale of the adult videos at issue herein.

12       27.    AEBN displays and uses the Perfect 10 Marks to promote,

13   advertise, sell, and distribute adult films and products through its websites

14   aebn.net and pornotube.com.  Specifically, AEBN describes the products it sells

15   using the terms "Perfect 10," "Perfect Tens," "Perfect 10 T-Girl 2," "Perfect 10

16   T-Girl 3," "Perfect 10 T-Girl 4," "Perfect 10 T-Girl 5," "Perfect 10 T-Girl 6,"

17   "Perfect 10 Lesbian Show," "Perfect 10 Part 2," "Transsexual Beauty Queens:

18   Perfect 10's #2," "Transsexual Beauty Queens: Perfect 10's 4," "Transsexual

19   Beauty Queens: Perfect 10's 5," and "Jana Cova, Perfect 10 Living Doll."  True

20   and correct copies of printscreens of aebn.com which display some of the Perfect

21   10 Marks are attached as Exhibit 8.

22       28.    AEBN intentionally uses the trademark or term "Perfect 10" in the

23   description of such videos and in metatags so that links to pages on AEBN's

24   websites that are selling videos appear in response to searches on search engines

25   for the term "Perfect 10."

26   //////////

27   //////////

28   //////////

# FIRST CLAIM FOR RELIEF

## (Copyright Infringement Against

## Defendants Mr. Radvinsky and Cybertania)

29.    Perfect 10 repeats and realleges, and incorporates herein as if set forth here in full, each and every allegation contained in Paragraphs 1 through 28, inclusive.

30.    Perfect 10 is the owner of all right, title, and interest to each of the Perfect 10 Copyrighted Works.  Perfect 10 has registered its works with the United States Copyright Office.  Perfect 10 has been issued United States copyright certificates, some of which are listed on Exhibit 2, attached hereto.

31.    Each of the Perfect 10 Copyrighted Works consists of material original with Perfect 10 and each is copyrightable subject matter.

32.    Radvinsky has directly profited from the infringement of the Perfect 10 Copyrighted Works in that such infringements drive traffic to the Radvinsky Websites, which has resulted in revenues to Radvinsky.  Radvinsky has the right and ability to determine whether or not to place ads next to infringing Perfect 10 works, *i.e.,* stop or limit the infringement.  Radvinsky is profiting from direct infringement while declining to exercise a right to stop or limit such infringement.

33.    Radvinsky's conduct constitutes vicarious infringement of the Perfect 10 Copyrighted Works and exclusive rights under the United States Copyright Act in the Perfect 10 Copyrighted Works.

34.    Radvinsky has induced, caused, and/or materially contributed to unauthorized copying, reproduction, adaptation, public display, and/or distribution of the Perfect 10 Copyrighted Works, by providing infringers with monies needed to continue their infringement of Perfect 10 Copyrighted Works, even after receiving multiple DMCA notices from Perfect 10.  In particular, Perfect 10 is informed and believes, and based thereon alleges, that Radvinsky

pays third-party websites such as imagevenue.com every time a user clicks on a link to Radvinsky's website, myfreecams.com, found on that third-party website next to a full-size Perfect 10 copyrighted image that displays a Perfect 10 copyright notice, despite the fact that Radvinsky has received DMCA notices from Perfect 10 which have identified approximately 1,000 such images.

35. Radvinsky's conduct constitutes contributory infringement of the Perfect 10 Copyrighted Works and exclusive rights under the United States Copyright Act in the Perfect 10 Copyrighted Works.

36. The infringement of Perfect 10's rights in and to each of the Perfect 10 Copyrighted Works constitutes a separate and distinct act of infringement.

37. Radvinsky's infringement has been willful, intentional, purposeful, and in reckless disregard of and with indifference to the rights of Perfect 10.

38. As a direct and proximate result of the infringements by Radvinsky of the Perfect 10 Copyrighted Works and exclusive rights under the United States Copyright Act, Perfect 10 is entitled to its actual damages and Radvinsky's profits pursuant to 17 U.S.C. § 504(b).

39. Alternatively, Perfect 10 is entitled to statutory damages, pursuant to 17 U.S.C. § 504(c).

40. Radvinsky's conduct is causing and, unless enjoined and restrained by this Court, will continue to cause, Perfect 10 great and irreparable injury that cannot fully be compensated in money. Perfect 10 has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Perfect 10 is entitled to injunctive relief prohibiting further infringements of Perfect 10's copyrights.

41. Perfect 10 further is entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

//////////

//////////

//////////

## SECOND CLAIM FOR RELIEF

### (Trademark Infringement Against All Defendants)

42.     Perfect 10 repeats and realleges, and incorporates herein as if set forth here in full, each and every allegation contained in Paragraphs 1 through 28, inclusive.

43.     Perfect 10 is the owner of the Perfect 10 Marks, including the registered trademark/service marks PERFECT 10, PERFECT10.COM, and P10. The United States trademark/service mark registrations for PERFECT 10, PERFECT10.COM, and P10 include Trademark Registration Nos. 2,235,145, 2,202,643, 2,573,998, 2,709,583, 2,789,033, 3,018,160, 3,094,437, and 3,286,744 for, among other goods and services, prerecorded video disks featuring adult entertainment; entertainment services in the nature of adult entertainment and beauty contests provided via a global computer network; entertainment services in the nature of beauty contests; and magazines featuring adult entertainment, beauty contests, pictures of female models, interviews, fiction, articles on human relations, sports, entertainment, lifestyles, fitness, calendars, and unmounted photographs.

44.     The Perfect 10 Marks have been continuously used in commerce by Perfect 10 and its predecessors for more than 16 years, and are widely known throughout the United States and the world.  At least eight of Perfect 10's registered trademarks, Trademark Registration Nos. 2,235,145, 2,202,643, 2,573,998, 2,709,583, 2,789,033, 3,018,160, 3,094,437, and 3,286,744 (including for prerecorded video disks featuring … adult entertainment), have become incontestable under Section 15 of the Lanham Act, 15 U.S.C. § 1065.

45.     Perfect 10 has spent tens of millions of dollars promoting and advertising the Perfect 10 Marks and products and services bearing the Perfect 10 Marks, and has marketed and sold millions of dollars of products and services under the Perfect 10 Marks.

46.     As a direct result of the aforementioned use, promotion, and advertisement of the Perfect 10 Marks, Perfect 10 has built up and now owns valuable goodwill symbolized by the Perfect 10 Marks.

47.     As a direct result of the care and skill exercised by Perfect 10 over the nature and quality of goods and services sold under the Perfect 10 Marks and the extensive promotion, advertising, sale, and public acceptance thereof, the Perfect 10 Marks have become known as a symbol of the goodwill that Perfect 10 has created throughout the United States and elsewhere by selling products and services of high quality and by fairly and honorably dealing with the trade and public in the sale of these products and services.

48.     Defendants are using the Perfect 10 Marks in a manner that is likely to cause the public to believe that Defendants' services emanate from, are endorsed by, sponsored by, or otherwise authorized by Perfect 10 and thus are directly infringing the Perfect 10 Marks.  In addition, Defendants are contributing to the infringement by third parties of the Perfect 10 Marks, including by selling and distributing DVDs, films, and other products created by third parties that have titles that infringe the Perfect 10 Marks.

49.     Defendants' actions have at all times been without Perfect 10's consent.  Defendants' acts constitute willful and deliberate infringement of Perfect 10's registered trademarks/service marks in violation of trademark and unfair competition laws, including, but not limited to, Section 32(1) of the Lanham Act, 15 U.S.C.§ 1114(1).

50.     Defendants' conduct constitutes contributory infringement of the Perfect 10 Marks.

51.     Defendants' conduct constitutes vicarious infringement of the Perfect 10 Marks.

52.     Defendants' conduct has been and is willful and deliberate.

53.     Defendants' acts complained of herein have damaged, and will

1   damage, Perfect 10 irreparably.  Perfect 10 has no adequate remedy at law for

2   these wrongs and injuries.  The damage to Perfect 10 includes harm to its

3   goodwill and reputation in the marketplace that money cannot compensate.

4   Perfect 10 is, therefore, entitled to a preliminary and permanent injunction

5   restraining and enjoining defendants and their agents, servants, and employees,

6   and all persons acting thereunder, in concert therewith or on their behalf, from

7   using the Perfect 10 Marks, or any colorable imitations thereof, in connection

8   with the sale, offering for sale, and advertising of their goods and services or in

9   any manner likely to cause mistake or to deceive the public as to the source or

10  origin of Defendants' goods and services.

11      54.     Because Defendants have willfully used the Perfect 10 Marks in a

12  manner calculated to cause confusion in the sale, offering for sale and

13  advertising of their services, Perfect 10 is entitled to recover all damages

14  sustained as a result of Defendants' unlawful conduct, including (1) Defendants'

15  profits, (2) Perfect 10's damages, (3) treble those amounts, (4) the costs of the

16  suit, and (5) reasonable attorneys fees, pursuant to 15 U.S.C. § 1117.

17

18                  **THIRD CLAIM FOR RELIEF**

19              **(Trademark DilutionAgainst All Defendants)**

20      55.     Perfect 10 repeats and realleges, and incorporates herein as if set

21  forth here in full, each and every allegation contained in Paragraphs 1 through

22  28 and Paragraphs 43 through 54, inclusive.

23      56.     Perfect 10 is the owner of The Perfect 10 Marks, including but not

24  limited to the registered trademark Perfect 10®.  The Perfect 10 Marks have

25  become and at all relevant times have been "famous" within the meaning of 15

26  U.S.C. § 1125(c).  In particular, Perfect 10's registered trademark Perfect

27  10®was held to be a famous mark by Chief Judge Bissell in an action entitled

28  *Emeline Publications, Inc. v. Perfect 10, Inc.,* Case No. 02-1171 (JWB) in the

1  United States Court for the District of New Jersey, an action in which Perfect 10

2  was awarded a preliminary injunction.

3  57.  Defendants' use of the Perfect 10 Marks as part of their websites

4  has diluted, and will continue to dilute, the distinctive quality of Perfect 10's

5  Marks and trade name, in violation of Section 43(c) of the Lanham Act,

6  15 U.S.C. § 1125(c), Section 14330 of the California Business and Professions

7  Code, and the common law of dilution.

8  58.  Defendants' acts complained of herein have damaged and will

9  continue to damage Perfect 10 irreparably.  Perfect 10 has no adequate remedy

10  at law for these wrongs and injuries.  The damage to Perfect 10 includes harm to

11  its goodwill and reputation in the marketplace that money cannot compensate.

12  Perfect 10 is, therefore, entitled to a preliminary and permanent injunction

13  restraining and enjoining Defendants and their agents, servants, and employees,

14  and all persons acting thereunder, in concert therewith or on their behalf, from

15  using, registering, or transferring the Perfect 10 Marks and trade name, or any

16  colorable imitation or variation thereof, by using such marks in connection with

17  the promotion, advertisement and sale of Defendants' goods or services.

18  59.  Because Defendants have willfully intended to cause dilution of the

19  the Perfect 10 Marks, Perfect 10 is entitled to recover all damages sustained as a

20  result of Defendants' unlawful conduct, including (1) Defendants' profits,

21  (2) Perfect 10's damages, (3) the costs of the suit, and (4) reasonable attorneys'

22  fees, pursuant to 15 U.S.C. §§ 1117 and 1125(c)(2).

23

24  **FOURTH CLAIM FOR RELIEF**

25  **(Breach of Contract Against Defendants Mr. Radvinsky and Cybertania)**

26  60.  Perfect 10 repeats and realleges, and incorporates herein as if set

27  forth here in full, each and every allegation contained in Paragraphs 1 through

28  28, Paragraphs 30 through 41, Paragraphs 43 through 54, and Paragraphs 56

1 | through 59, inclusive.

2 |      61.     On or about June 6, 2000, Perfect 10, on the one hand, and Mr.

3 | Radvinsky and Cybertania, on the other hand, entered into the Settlement

4 | Agreement, a true and correct copy of which is attached as part of Exhibit 1

5 | hereto.

6 |      62.     Under the terms of the Settlement Agreement, Mr. Radvinsky and

7 | Cybertania agreed, among other things: (1) not to "use the terms 'Perfect 10',

8 | 'Perfect Ten', or any derivative combination of the terms 'Perfect' or 'Ten' or

9 | '10' or any name confusingly similar to the above names, as a trade name,

10 | trademark, service mark, domain name, address, meta tag, pop-up banner, or

11 | otherwise as a designation of origin, in any product or service including, but not

12 | limited to, [their] Internet website;" (2) not to "hereafter use any such names or

13 | marks, except as expressly authorized and/or required by Perfect 10 or by the

14 | terms of" the Settlement Agreement; and (3) "not to copy or use the copyrighted

15 | works of Perfect 10, including but not limited to, posting of such works on any

16 | Internet website owned or controlled by" Mr. Radvinsky or Cybertania.

17 |      63.     As alleged above, Mr. Radvinsky and Cybertania breached the

18 | Settlement Agreement.

19 |      64.     At all times relevant herein, Perfect 10 has performed all conditions

20 | required to be done by it under the terms of the Settlement Agreement, or such

21 | conditions have been excused, waived, or rendered impossible by Mr.

22 | Radvinsky and/or Cybertania.

23 |      65.     As a direct and proximate result of the breach of the Settlement

24 | Agreement by Mr. Radvinsky and Cybertania, and as a result of the facts alleged

25 | herein, Perfect 10 has suffered and will continue to suffer damages in an amount

26 | not yet ascertained.  Perfect 10 will seek leave of this Court to amend this

27 | Complaint when the amount of its damages has been precisely ascertained.

28 | //////////

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Perfect 10, Inc. prays for judgment against Defendants jointly and severally, as follows:

1.     That Defendants and their officers, agents, servants, employees, representatives, successors, and assigns, and all persons in active concert or participation with them, be permanently enjoined from:

      a.     copying, reproducing, distributing, adapting, selling access to, or publicly displaying the Perfect 10 Copyrighted Works;

      b.     using, authorizing the use of, copying, reproducing or imitating the Perfect 10 Marks, or any confusingly similar or colorable imitation thereof;

      c.     inducing, causing, materially contributing to, and profiting from the foregoing acts committed by others; and

      d.     advertising or placing links next to The Perfect 10 Copyrighted Works without the express authorization of Perfect 10.

2.     That Defendants be ordered to destroy all photographs, documents, and other items, electronic or otherwise, in its possession, custody, or control, that infringe the copyrights or trademarks of Perfect 10.

3.     For an order of restitution and/or disgorgement in the amount of the benefit to Defendants by reason of their unlawful conduct, in an amount to be proven at trial, but not less than $5 million.

4.     For Perfect 10's actual damages, in an amount to be proven at trial, but not less than $5 million.

5.     For a full accounting of all profits, income, receipts, or other benefits derived by Defendants as a result of their unlawful conduct.

6.     For statutory damages under the Copyright Act, in an amount to be proven at trial, but not less than $5 million.

7.     For treble damages under the Lanham Act, in an amount to be

1   proven at trial, but not less than $5 million.

2        8.     For the imposition of a constructive trust.

3        9.     For damages for breach of the Settlement Agreement against Mr.

4   Radvinsky and Cybertania in an amount to be proven at trial.

5        10.    For attorneys' fees and full costs.

6        11.    For such other and further relief as this Court deems just and

7   appropriate.

8   Dated: September 30, 2013        PERFECT 10, INC.

9                                    By: _____

10                                       Lynell D. Davis
                                         Attorney for Plaintiff Perfect 10, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

17
COMPLAINT

1

## **DEMAND FOR JURY TRIAL**

2          Perfect 10 hereby demands a jury trial pursuant to Rule 38(b) of the

3   Federal Rules of Civil Procedure.

4   Dated: September 30, 2013          PERFECT 10, INC.

5
                                       By: _____
6                                           Lynell D. Davis
7                                           Attorney for Plaintiff Perfect 10, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 1

1   Jeffrey N. Mausner (State Bar No. 122385)
    BERMAN, MAUSNER & RESSER
2   A LAW CORPORATION
    4727 Wilshire Boulevard, Suite 500
3   Los Angeles, California 90010-3874
    Telephone: (323) 965-1200
4   Fax: (323) 965-1919

5   Attorneys for Plaintiff
    PERFECT 10, INC.

6

7

8                      UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10

11

12  PERFECT 10, INC., a California      )   Case No. CV 99-7376 RAP (Mcx)
    corporation,                        )
13                                      )   STIPULATION AND [PROPOSED]
             Plaintiff,                 )   ORDER FOR DISMISSAL WITHOUT
14                                      )   PREJUDICE, WITH THE COURT TO
             vs.                        )   RETAIN JURISDICTION OVER THIS
15                                      )   MATTER AND OVER THE PARTIES
    LEO RADVINSKY, an Illinois resident,)   FOR PURPOSES OF ENFORCING THE
16  individually and dba Cyber Essays; CYBER )  SETTLEMENT AGREEMENT
    ESSAYS, an unknown entity; WALLACE  )
17  C. BRITTAIN, a Wisconsin resident,  )
    individually and dba The Tangled Web)
18  and/or dba Info Technologies; THE   )
    ENTANGLED WEB, an unknown entity;   )
19  INFO TECHNOLOGIES, an unknown       )
    entity; and DOES 1-100,             )
20                                      )
             Defendants.                )
21                                      )
                                        )

22

23          IT IS HEREBY STIPULATED BETWEEN THE PARTIES AS FOLLOWS:

24          1.    This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C.

25  §§ 1331, 1332, 1338(a) and (b), and principles of pendent jurisdiction. This Court has personal

26  jurisdiction over the plaintiff PERFECT 10, INC. and over defendants LEO RADVINSKY, an

27  Illinois resident, and CYBERTANIA, INC., an Illinois corporation which is the successor to

28  defendant CYBER ESSAYS (hereinafter collectively referred to as "CYBERTANIA").

1    2.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) and (c), and 28

2    U.S.C. §1391(b)(2).

3    3.    Perfect 10 and CYBERTANIA have entered into a Settlement Agreement, attached

4    hereto as Exhibit 1, in order to settle the dispute between them.

5    4.    This matter is dismissed without prejudice, the Court to retain jurisdiction over this

6    matter, and over LEO RADVINSKY and CYBERTANIA, INC., an Illinois corporation which is the

7    successor to defendant CYBER ESSAYS, for purposes of enforcing the Settlement Agreement, a

8    copy of which is attached hereto as Exhibit 1 and incorporated by reference herein.

9    IT IS SO STIPULATED

10   Dated: June ___, 2000          LEO RADVINSKY

11

12                    By: _Leo Redemsky_____
                          LEO RADVINSKY
13

14                    CYBERTANIA, INC., successor to CYBER ESSAYS

15

16                    By: _Leo Radvinsky_____

17                         Name: LEO RADVINSKY
                          Title: PRESIDENT
18

19                    LAW OFFICES OF ANDERSON J. WARD

20

21                    By: _____
                          ANDERSON J. WARD,
22                        Admitted in the State of Illinois,
                          Attorney for Leo Radvinsky and
23                        Cybertania, Inc., the Successor to
                          Defendant Cyber Essays
24

25                    BERMAN, MAUSNER & RESSER
                      A LAW CORPORATION
26

27                    By: _Jeffrey N. Mausner_____
28                        JEFFREY N. MAUSNER,
                          Attorneys for Plaintiff Perfect 10, Inc.

2.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) and (c), and 28 U.S.C. §1391(b)(2).

3.     Perfect 10 and CYBERTANIA have entered into a Settlement Agreement, attached hereto as Exhibit 1, in order to settle the dispute between them.

4.     This matter is dismissed without prejudice, the Court to retain jurisdiction over this matter, and over LEO RADVINSKY and CYBERTANIA, INC., an Illinois corporation which is the successor to defendant CYBER ESSAYS, for purposes of enforcing the Settlement Agreement, a copy of which is attached hereto as Exhibit 1 and incorporated by reference herein.

IT IS SO STIPULATED

Dated: June ___, 2000          LEO RADVINSKY


                    By: _Leo Radvinsky_____
                          LEO RADVINSKY


                    CYBERTANIA, INC., successor to CYBER ESSAYS


                    By: _Leo Radvinsky_____
                          Name: _LEO RADVINSKY_
                          Title: _PRESIDENT_


                    LAW OFFICES OF ANDERSON J. WARD


                    By: _____
                          ANDERSON J. WARD,
                          Admitted in the State of Illinois.
                          Attorney for Leo Radvinsky and
                          Cybertania, Inc., the Successor to
                          Defendant Cyber Essays


                    BERMAN, MAUSNER & RESSER
                    A LAW CORPORATION


                    By: _____
                          JEFFREY N. MAUSNER,
                          Attorneys for Plaintiff Perfect 10, Inc.

-2-

1   Based upon the above stipulation, IT IS HEREBY ORDERED, ADJUDICATED AND

2   DECREED that:

3       1. This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. §§ 1331,

4   1332, 1338(a) and (b), and principles of pendent jurisdiction. This Court has personal jurisdiction

5   over the plaintiff PERFECT 10, INC. and over defendants LEO RADVINSKY, an Illinois resident,

6   and CYBERTANIA, INC., an Illinois corporation which is the successor to defendant CYBER

7   ESSAYS.

8       2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) and (c), and 28 U.S.C.

9   §1391(b)(2).

10      3. The parties are ordered to comply with the terms of the Settlement Agreement they have

11  jointly entered into, a copy of which is attached hereto as Exhibit 1.

12      4. This matter is dismissed without prejudice. This Court retains jurisdiction over this

13  matter, and over plaintiff Perfect 10, Inc., and over LEO RADVINSKY and CYBERTANIA, INC.,

14  an Illinois corporation which is the successor to defendant CYBER ESSAYS, for purposes of

15  enforcing the Settlement Agreement, a copy of which is attached hereto as Exhibit 1 and

16  incorporated by reference herein. The parties may enforce the terms of the Settlement Agreement

17  by motion to this Court.

18      IT IS SO ORDERED.

19

20  Dated: 6·13·00                             **RICHARD A. PAEZ**
                                               _____
21                                             RICHARD A. PAEZ
                                               UNITED STATES ~~DISTRICT~~ JUDGE
22                                                           Circuit
                                               Sitting By Designation
23

24

25

26

27

28

**EXHIBIT 1**

Case 2:13-cv-07279-SVW-E  Document 1  Filed 10/02/13  Page 26 of 56  Page ID #:41

MAY-17-2000 WED 12:09 PM BERMAN MAUSNER RESSER    FAX NO. 323 865 1918  P. 03/11
Case 2:99-cv-07376-RAP-Mc    Document 15    Filed 06/14/2000  Page 6 of 19

## SETTLEMENT AGREEMENT

THIS SETTLEMENT AGREEMENT ("Agreement") is made and entered into in the State of California, County of Los Angeles, by and among Perfect 10, Inc., a California Corporation ("Perfect 10") on the one hand and Cybertania, Inc., an Illinois Corporation and Leo Radvinsky, an Illinois resident (hereinafter collectively referred to as "Cybertania") on the other hand. Both Radvinsky (who is president of Cybertania, Inc.), and Cybertania, Inc. are jointly and severally responsible for performance of all obligations under this Settlement Agreement and both are jointly and severally liable for all obligations set forth in this Settlement Agreement. Wherever the Settlement Agreement refers to Cybertania, it means both Radvinsky and Cybertania, Inc. Cybertania, Inc. is the successor of Cyber Essays.

WHEREAS, Perfect 10 is the producer, publisher and distributor of Perfect 10® products and services, including Perfect 10® magazine and the "perfect10.com" website, and Perfect 10 is the owner of the registered trademark/servicemark Perfect 10®;

WHEREAS, Perfect 10 is engaged in the design, layout, filming, production, marketing and promotion of its products including photographs, films, video productions, and other arts, and is the copyright owner of these works. Some of these copyrighted works appear on Perfect 10's website, "perfect10.com," as well as within the published magazine Perfect 10®;

WHEREAS, Cybertania is the owner of the Internet website at "www.ultrapasswords.com.";

WHEREAS, Perfect 10 has filed a lawsuit in the U.S. District Court, Central District of California, Case No. 99-7376 RAP (Mcx) (the "Litigation"), naming Radvinsky and others as defendants, alleging copyright infringement and contributory infringement, dilution, trademark infringement, interference with contractual relationship, interference with prospective economic relations, conversion, and statutory and common law unfair competition;

WHEREAS, default has been entered against Radvinsky and Cyber Essays in that lawsuit;

WHEREAS, Cybertania and Perfect 10 wish to settle this matter;

NOW, THEREFORE, for valuable consideration, the receipt and adequacy of which are hereby acknowledged, the parties hereto agree as follows:

1.    **Posting of Passwords, Trademarks and Copyrighted Works.** Cybertania agrees that it will not attempt to ascertain the confidential user identification numbers and/or passwords used by Perfect 10 on any Internet websites owned or controlled by Perfect 10, and that it will not display said confidential user identification numbers and/or passwords used by Perfect 10, on any Internet websites owned or controlled by Cybertania, including but not limited to, the website at <www.ultrapasswords.com>. Cybertania further agrees that it will not use the terms "Perfect 10", "Perfect Ten", or any derivative combination of the terms "Perfect" or "Ten" or "10", or any name

  Initials

confusingly similar to the above names, as a trade name, trademark, service mark, domain name, address, meta tag, pop-up banner, or otherwise as a designation of origin, in any product or service including, but not limited to, its Internet website, and will not hereafter use any such names or marks, except as expressly authorized and/or required by Perfect 10 or by the terms of this Agreement. Cybertania further agrees not to copy or use the copyrighted works of Perfect 10, including but not limited to, posting of such works on any Internet website owned or controlled by Cybertania.

     2.    **Website Display.**  Cybertania shall, by July 1, 2000, post on its website at "www.ultrapasswords.com" a "banner advertisement" (the "Banner") contained in the HTML script for the webpage, and display such banner for a period of time, upon the following conditions:

     a.    The Banner shall be located in a conspicuous place on the <www.ultrapasswords.com> web site, on the first screen that a visitor to the site will normally see (the "Page"), as close to the top of the Page as practical, but presented in such a way as to not significantly disrupt the overall appearance of the website. Such placement shall not be in a location unacceptable to Perfect 10.

     b.    The Banner shall be displayed in such a manner that, when appearing on a standard 15" video color monitor, it shall have dimensions of at least 1½" (one and one half inches) in height and 7" (seven inches) in width, and shall have a normal aspect such that the Banner is displayed without distortion.

     c.    The Banner shall consist of artwork, photographs, and/or text supplied to Cybertania by Perfect 10, and shall not be altered in any manner by Cybertania, except to allow proper functioning within the Page. The Banner may include a disclaimer that Perfect 10 is not affiliated with ultrapasswords.com.

     d.    The Banner may, at the sole discretion and option of Perfect 10, be changed on a monthly basis, by providing Cybertania with a revised Banner. Cybertania shall incorporate the revised Banner on the Page within five (5) working days of receiving the Banner from Perfect 10. Perfect 10, at its own discretion and at any time, shall have the option of directing Cybertania to remove the Banner temporarily or permanently from the Page, and Cybertania shall comply with such directions. Such removal shall not, however, increase the time in which Cybertania must display the Banner in accordance with this Agreement.

     e.    The Banner shall contain a "hypertext" link to the website at <www.perfect10.com>, so that viewers of the Banner can "click" on the Banner, and be transferred to the Perfect 10 website.

     f.    The text and images on the Banner shall be the only reference to Perfect 10 contained on the Page or any other page on the website at <www.ultrapasswords.com>. There shall be no reference to the Banner contained on the website, other than the Banner itself. The Page shall be maintained in such a manner so as not to distract, or otherwise call attention away from, the Banner,

          2

 Initials

    g.    Cybertania shall maintain the website at <www.ultrapasswords.com>, including the domain name <ultrapasswords.com>, at all times relevant to the purpose of posting the Banner under this Agreement.

    h.    If the Pass-Through Rate (as defined in Paragraph 4, below) is less than 10,000 unique visitors per month, Cybertania shall adjust the size, placement, and/or other adjustment of the Banner so as to attempt to increase the Pass-Through Rate to at least 10,000 unique visitors per month. All such adjustments shall be approved by Perfect 10.

    i.    Cybertania shall display the Banner for a period of at least twelve (12) months, beginning July 1, 2000, unless earlier discontinued on the instructions of Perfect 10. If the Pass-Through Rate for any month is not at least 10,000 unique visitors, then the term of this agreement shall be extended beyond the 12 month period, until there has been a total Pass-Through of at least 120,000 unique visitors. In other words, Cybertania shall display the Banner for a period of at least 12 months, or until at least 120,000 unique visitors have passed-through the Banner to Perfect 10's website, whichever occurs later.

    **3.**    **Payment.** Cybertania shall, at the time this Settlement Agreement is executed, make payment to Perfect 10 in the amount of two-thousand dollars ($2,000).

    **4.**    **Pass-Through Rate Guarantee and Verification.** Cybertania guarantees that at least ten-thousand (10,000) unique visitors will hyper-link through ("Pass-Through") the Banner to the website at <www.perfect10.com> per month, for twelve months. Cybertania shall provide the means to monitor the number of Pass-Throughs per month (the "Pass-Through Rate"), through software, a service, or other means generally accepted by other Internet websites for determining Pass-Through Rates. Cybertania shall provide to Perfect 10, on a monthly basis, the actual verified Pass-Through Rate achieved for the previous month. If there are not at least 10,000 unique visitor pass-throughs per month, the term of display of the Banner will be extended as set forth above.

    **5.**    **Representation of Current Activity at <www.ultrapasswords.com>.** Cybertania represents and warrants that the website owned by it at <www.ultrapasswords.com> receives, on average, in excess of two-hundred thousand (200,000) hits per day; that it uses a private service called MK Stats to monitor and record activity on <www.ultrapasswords.com>; that the printout of MK Stats attached as Exhibit 1 is a true and correct copy of the report of such activity; and that such reporting accurately represents the amount of activity on the site. Such representations made by Cybertania are relied upon by Perfect 10 in entering into this Settlement Agreement, and are a material part of this Agreement.

    **6.**    **Dismissal without Prejudice.** Perfect 10 and Cybertania shall sign a Stipulation and Order Dismissing the Litigation, without prejudice, in the form attached hereto as Exhibit 2, at the time this Agreement is signed by the parties. Exhibit 2 shall be filed by the attorney for Perfect 10. Each party shall bear its own expenses, costs, and attorneys' fees incurred in connection with the Litigation and the matters alleged therein. The United States District Court for the Central District

3

 Initials

Case 2:13-cv-07279-SVW-E   Document 1   Filed 10/02/13   Page 29 of 56   Page ID #:44

MAY-17-2000 WED 12:11 PM BERMAN MAUSNER RESSER      FAX NO. 323 865 1919          P. 06/11
Case 2:99-cv-07376-RAP-Mc    Document 15    Filed 06/14/2000    Page 9 of 19

of California shall retain jurisdiction of this matter for the purpose of enforcing the terms of this Settlement Agreement.

7.    **Limited Release.** In consideration of the above, except as to Cybertania's duties and obligations created pursuant to this Settlement Agreement, Perfect 10 hereby releases and forever discharges Cybertania from any and all copyright, trademark, unfair competition, or dilution claims relating to Cybertania's use of Perfect 10's copyrighted material, marks, names, domain names, or confidential user identification numbers and/or passwords, up until the date of this Settlement Agreement. Cybertania hereby releases and forever discharges Perfect 10, its attorneys and agents, from any and all claims related to the filing and litigation of lawsuits against it.

8.    **Warranty as to non-assignment of rights.** Each party hereby represents and warrants that it has not heretofore assigned or otherwise transferred, and shall not assign or otherwise transfer, any interest in any right which it conveys herein. Cybertania warrants and represents that it is the owner of the website at <www.ultrapasswords.com> and that it has the authority to enter into this Agreement and to carry out the promises made in this Agreement.

9.    **Settlement of contested claims; no admission of liability.** This Agreement affects the settlement of Claims which are denied and contested, and nothing contained herein shall be construed as an admission by any party hereto of any liability of any kind to any other party and/or to any other person and/or entity.

10.    **Warranties.** Each party hereto represents and warrants to the other parties and agrees with each other party hereto, as follows:

a)    Each party has authority to execute this Agreement and bind the entity on whose behalf it purports to execute it.

b)    This Agreement is the result of arm's length negotiations between the parties.

c)    The parties rely upon the finality of this Agreement as a material factor inducing them to execute this Agreement.

d)    Radvinsky represents and warrants that he is at least eighteen (18) years of age, and that he has the legal capacity to execute this Agreement and be bound by it.

11.    **Integration.** This Agreement constitutes a single integrated written agreement which expresses the entire Agreement and understanding between and among the parties, and supersedes and replaces all prior negotiations and/or proposed agreements, written or oral. There are no written or oral agreements collateral to this Settlement Agreement.

12.    **Liability and Indemnification.** Cybertania is not a partner, joint venturer, or agent of Perfect 10. Perfect 10 is merely an advertiser on Cybertania's web site. Cybertania will not do

 Initials

Case 2:13-cv-07279-SVW-E  Document 1  Filed 10/02/13  Page 30 of 56  Page ID #:45

MAY-17-2000 WED 12:11 PM BERMAN MAUSNER KESSER     FAX NO. 323 965 1919     P. 07/11
Case 2:99-cv-07376-RAP-Mc    Document 15    Filed 06/14/2000    Page 10 of 19

anything that can subject Perfect 10 to liability to any third party. Cybertania is not authorized to bind Perfect 10 to any contracts or agreements. Cybertania will not send any e-mails or other messages that mention Perfect 10. Cybertania agrees to indemnify, defend, and hold Perfect 10 harmless against and in respect of any claim or liability arising directly or indirectly out of or in connection with the placement of the Banner on the Page, or any acts or omissions on Cybertania's part.

13. **No representations not set forth in this Agreement.** The parties to this Agreement acknowledge that no other party, or any agent or attorney of any other party, has made any promise, representation or warranty whatsoever, express or implied, concerning the subject matter of this Agreement, which is not contained herein.

14. **Modifications of this Agreement must be in writing.** This Agreement may be modified only by an instrument in writing signed by the party or parties against whom enforcement of any such modification is sought.

15. **Choice of Forum/Choice of Law Provision.** Any action to enforce or interpret the terms of this Agreement shall be brought only in the United States District Court for the Central District of California or the Los Angeles Superior or Municipal Court, and all parties hereto consent to jurisdiction and venue in those courts, and waive their rights to seek to transfer venue from those courts. Any action to enforce the terms of this Agreement shall be governed solely by the laws of the State of California.

16. **Miscellaneous Provisions.**

a) In this Agreement (unless the context requires otherwise), the singular and plural shall be deemed and considered to include one another, as appropriate.

b) This Agreement may be executed in two or more counterparts, each of which shall be considered an original and all of which shall together constitute one and the same instrument.

c) The parties hereto acknowledge that they have been represented by and have relied on counsel of their own choosing in the negotiation and the preparation of this Agreement, that they have read this Agreement, have had its contents fully explained to them by such counsel and are fully aware of and understand all of its terms and the legal consequences thereof. It is acknowledged that the parties hereto, through their respective counsel, have mutually participated in the preparation of this Agreement, and are mutually responsible for all of the language in this Agreement. No ambiguous or uncertain language in this Agreement shall be construed against any party on the ground that the party is responsible for the language.

 Initials

Case 2:13-cv-07279-SVW-E   Document 1   Filed 10/02/13   Page 31 of 56   Page ID #:46

MAY-17-2000 WED 12:12 PM BERMAN MAUSNER RESSER          FAX NO. 323 965 1919          P. 08/11
Case 2:99-cv-07376-RAP-Mc    Document 15    Filed 06/14/2000   Page 11 of 19

Dated: June _6_ , 2000                    PERFECT 10, INC.

                                          BY: _____
                                              DR. NORM ZADEH, PRESIDENT


                                          _Leo Radvinsky_____
                                          LEO RADVINSKY

                                          CYBERTANIA, INC.


                                          By: _Leo Radvinsky_____
                                              Name: _LEO RADVINSKY_____
                                              Title: _PRESIDENT_____


Approved as to form:

LAW OFFICES OF ANDERSON J. WARD


By: _____
        ANDERSON J. WARD,
        Admitted in the State of Illinois,
        Attorney for Leo Radvinsky and
        Cybertania, Inc., the Successor to
        Cyber Essays


BERMAN, MAUSNER & RESSER
A LAW CORPORATION


By: _____
        JEFFREY N. MAUSNER,
        Attorneys for Perfect 10, Inc.

Dated: June ___, 2000                    PERFECT 10, INC.


                                         BY:_____
                                             DR. NORM ZADEH, PRESIDENT


                                         _Leo Radvinsky_
                                         LEO RADVINSKY

                                         CYBERTANIA, INC.


                                         By: _Leo Radvinsky_
                                             Name: _LEO RADVINSKY_
                                             Title: _PRESIDENT_


Approved as to form:

LAW OFFICES OF ANDERSON J. WARD


By: _____
        ANDERSON J. WARD,
        Admitted in the State of Illinois,
        Attorney for Leo Radvinsky and
        Cybertania, Inc., the Successor to
        Cyber Essays


BERMAN, MAUSNER & RESSER
A LAW CORPORATION


By: _____
        JEFFREY N. MAUSNER,
        Attorneys for Perfect 10, Inc.


F:\DOC\SJ\PERFEC1\PLEASSWORD\SETTLG\SETTLEM.04          6          _LR_   Initials

# ANDERSON J. WARD

ATTORNEY AT LAW

E-mail: AJ.Ward@juno.com

**NORTH SUBURBAN OFFICE**
ONE NORTHFIELD PLAZA, SUITE 300
NORTHFIELD, ILLINOIS 60093-1214
TEL (847) 441-1848 • FAX (847) 441-1885

**SOUTH SUBURBAN OFFICE**
21141 GOVERNORS HIGHWAY, SUITE 200
MATTESON, ILLINOIS 60443
TEL (708) 747-7445 • FAX (708) 747-7504

We've moved to
**Suite 218**

January 22, 2000

Jeffrey N. Mausner, Esq.
Berman, Blanchard, Mausner & Resser
4727 Wilshire Boulevard, Suite 500
Los Angeles, California 90010-3874

Ref:   Perfect 10 v Radvinsky, et al. [99-07376]

Dear Mr. Mausner:

My client uses an entity to measure the activity of his site; i.e., MK Stats.

Enclosed is a printout of MK Stats information for the most recent fourteen-day period. This printout was run today, and covers January 9, 2000 through January 21, 2000. The site, Ultrapasswords, received daily hits for that period ranging from a low of 222,215 on January 15th to a high of 255,811 on January 18th. Total hits for the fourteen-day period were 4,961,079. I have highlighted this information on page No. 1 of the accompanying pages. The remainder of the pages are backup and breakdown information which may or may not be helpful to your client.

As you know Ultrapassword.com's host provider is Craig Brittan of The Entangled Web. Mr. Brittain may be reached by e-mail at cbrittain@entagledweb.com to verify the numbers we have provided you if there is any doubt to their validity.

If your client still needs a full month's data. we can print it out on the last day of the month.

I look forward to hearing further from you.

Very truly yours,

Anderson J. Ward

AJW:bg
Enc

(Matteson office)

Exhibit 1

# /index.html

**Total Hits:** 4961158
**Total Bytes:** 258876479352
**Most popular Day:** 01/18/00
**Hits from local bookmark files:** 87
**Hits from news articles:** 0

## Last 14 Days:

```
01/09/00   226827  ••••••••••••••••••••••••••••••••••••••••••••••••••••••
01/10/00   239831  ••••••••••••••••••••••••••••••••••••••••••••••••••••••••
01/11/00   237088  •••••••••••••••••••••••••••••••••••••••••••••••••••••••••
01/12/00   239135  •••••••••••••••••••••••••••••••••••••••••••••••••••••••••
01/13/00   234043  ••••••••••••••••••••••••••••••••••••••••••••••••••••••••
01/14/00   229777  •••••••••••••••••••••••••••••••••••••••••••••••••••••••
01/15/00   222215  •••••••••••••••••••••••••••••••••••••••••••••••••••••
01/16/00   229869  •••••••••••••••••••••••••••••••••••••••••••••••••••••••
01/17/00   246243  •••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
01/18/00   255811  ••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
01/19/00   253478  •••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
01/20/00   249505  ••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
01/21/00   252765  •••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
12/31/99        79
```

## By Month:

```
01/00   4961079  •••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
12/99        79
```

## Search Words:

The following words were what people used to reach this page using popular search engines such as Yahoo and Alta Vista.

| | | | |
|---|---|---|---|
| 542 passwords | 375 xxx | 226 ultrapasswords | 205 hacked |
| 172 ultra | 150 www.ultrapassw | 111 ultrapasswords | 53 ultraxxxpasswo |
| 41 password | 29 com | 29 avs | 24 www |
| 23 http | 22 free | 20 www.ultrapassw | 16 ultrapassword. |
| 15 adult | 14 crack | 14 sites | 12 vvideo.com |
| 11 spermcandy | 11 sex | 8 babylon | 8 sexypasswords. |
| 7 warez | 7 and | 7 myhotwife | 7 x |
| 7 spermcandy.com | 7 sexypasswords | 7 check | 6 pass |
| 6 www.amazingsex | 5 www.ultrapassw | 5 new | 5 backdoors |
| 5 rusoclub | 5 just | 5 hack | 5 watchcams |
| 5 backdoor | 5 insanepasses | 4 hackes | 4 top |
| 4 site | 4 login | 4 older | 4 vvideo |
| 4 ultrapassword | 4 xxxpasswords | 4 cafeflesh | 4 women |
| 4 main.sites | 4 msie.main | 4 thegirlshouse | 3 strippersonlin |
| 3 username | 3 url | 3 holio | 3 cumynet |
| 3 pornography | 3 day | 3 xxx.passwords | 3 babylon-x |
| 3 cracked | 3 msie2 | 3 updated | 3 sexy |
| 3 videospot.com | 3 for | 3 202.157.198.81 | 3 get |
| 3 nude | 3 carolcox | 3 pictureview.co | 3 nylons |
| 3 ericaspad | 3 porno | 3 sexforia.com | 3 passes |
| 3 host | 3 100 | 2 paysite | 2 kelly |
| 2 50 | 2 www.ultraxxxpa | 2 best | 2 pictures |
| 2 site_uk | 2 gay | 2 jill | 2 allpassword |

Saturday, Jan 22 2000

# WHAT Pages and Directories are getting accessed

[ Sorted by Name | Sorted by Accesses | Bytes ]

---

## [TOP]
## Sorted by Name:

| Accesses | % Acc | Bytes | %Byte | |
|---|---|---|---|---|
| 6314760 | 99.7% | 28078620630 | 66.0% | / |
| 2916 | 0.0% | 140437249 | 0.0% | / |
| 1 | 0.0% | 0 | 0.0% | /%23passes |
| 152 | 0.0% | 8899991 | 0.0% | /. |
| 17 | 0.0% | 0 | 0.0% | /1.0 |
| 4 | 0.0% | 3684 | 0.0% | /error404.html |
| 4961159 | 78.3% | 25887647935 | 60.9% | /index.html |
| 247245 | 3.9% | 1997362005 | 0.5% | /liveshow.html |
| 1 | 0.0% | 200 | 0.0% | /mailto.webmaster%40ultrapasswords |
| 246410 | 3.9% | 3392624354 | 0.8% | /movies.html |
| 21624 | 0.3% | 61081646 | 0.0% | /newformat.html |
| 371515 | 5.9% | 12578965867 | 3.0% | /page2.html |
| 113 | 0.0% | 975208 | 0.0% | /page3.html |
| 206553 | 3.3% | 2002820026 | 0.5% | /pictures.html |
| 6 | 0.0% | 0 | 0.0% | /refferers.cgi |
| 60420 | 1.0% | 519818966 | 0.1% | /stories.html |
| 196499 | 3.1% | 1198049328 | 0.3% | /video.html |
| 126 | 0.0% | 8689450 | 0.0% | /www.ultrapassword.com |
| 17 | 0.0% | 8143 | 0.0% | /cgi-bin/ |
| 5 | 0.0% | 35 | 0.0% | /index.html |
| 4 | 0.0% | 88 | 0.0% | /passwd.txt |
| 6 | 0.0% | 5756 | 0.0% | /wwwadmin.cgi |
| 2 | 0.0% | 2264 | 0.0% | /wwwboard.cgi |
| 4 | 0.0% | 195352 | 0.0% | /cgi/ |
| 4 | 0.0% | 195352 | 0.0% | /index.html |
| 1 | 0.0% | 69886 | 0.0% | /clickmypic.com/ |
| 1 | 0.0% | 69886 | 0.0% | /index.html |
| 212 | 0.0% | 11578506 | 0.0% | /data/ |
| 212 | 0.0% | 11578506 | 0.0% | /data.txt |
| 1 | 0.0% | 64654 | 0.0% | /hotfemale.com/ |
| 1 | 0.0% | 64654 | 0.0% | /index.html |
| 119 | 0.0% | 4915492 | 0.0% | /images/ |
| 3 | 0.0% | 62800 | 0.0% | / |
| 116 | 0.0% | 4852692 | 0.0% | /index.html |
| 18632 | 0.3% | 16343495 | 0.0% | /maillist/ |
| 16 | 0.0% | 1410 | 0.0% | /index.html |
| 18612 | 0.3% | 16342033 | 0.0% | /mail.cgi |
| 4 | 0.0% | 52 | 0.0% | /password.txt |
| 2 | 0.0% | 64654 | 0.0% | /members.justwild.com/ |
| 2 | 0.0% | 64654 | 0.0% | /index.html |
| 1 | 0.0% | 32768 | 0.0% | /movies.html/ |
| 1 | 0.0% | 32768 | 0.0% | /.. |
| 1 | 0.0% | 0 | 0.0% | /movies/ |
| 1 | 0.0% | 0 | 0.0% | /html |
| 1 | 0.0% | 2163 | 0.0% | /tgp/ |
| 1 | 0.0% | 2163 | 0.0% | /index.html |
| 4 | 0.0% | 278258 | 0.0% | /ultrapasswords.com/ |
| 4 | 0.0% | 278258 | 0.0% | /index.html |
| 2 | 0.0% | 156996 | 0.0% | /ultraxxxpasswords.com/ |

| | | | | |
|---|---|---|---|---|
| 2 | 0.0% | 156996 | 0.0% | /index.html |
| 6 | 0.0% | 129000 | 0.0% | /urchin/ |
| 6 | 0.0% | 129000 | 0.0% | /index.html |
| 1 | 0.0% | 1632 | 0.0% | /urchin/199912/ |
| 1 | 0.0% | 1632 | 0.0% | /nav.html |
| 22 | 0.0% | 193676 | 0.0% | /urchin/200001/ |
| 1 | 0.0% | 626 | 0.0% | /domain-top.html |
| 1 | 0.0% | 6687 | 0.0% | /error-top.html |
| 1 | 0.0% | 1636 | 0.0% | /hourly.html |
| 1 | 0.0% | 50548 | 0.0% | /keyword-top.html |
| 5 | 0.0% | 6524 | 0.0% | /nav.html |
| 2 | 0.0% | 9741 | 0.0% | /page-tree.html |
| 4 | 0.0% | 2069 | 0.0% | /qreport.html |
| 2 | 0.0% | 113805 | 0.0% | /refer-tree.html |
| 5 | 0.0% | 2040 | 0.0% | /welcome.html |
| 9 | 0.0% | 5078 | 0.0% | /whw/ |
| 9 | 0.0% | 5078 | 0.0% | /index.html |
| 1 | 0.0% | 32768 | 0.0% | /www.altavista.com/ |
| 1 | 0.0% | 32768 | 0.0% | /index.html |
| 4 | 0.0% | 298039 | 0.0% | /www.insanepasses.com/ |
| 4 | 0.0% | 298039 | 0.0% | /index.html |
| 1 | 0.0% | 63472 | 0.0% | /www.richardsrealm.com/ |
| 1 | 0.0% | 63472 | 0.0% | /index.html |
| 1 | 0.0% | 0 | 0.0% | /www.sexspaces.com/ |
| 1 | 0.0% | 0 | 0.0% | /index.html |
| 2 | 0.0% | 118907 | 0.0% | /www.ultrapassword.com/ |
| 2 | 0.0% | 118907 | 0.0% | /index.html |
| 1077 | 0.0% | 72116572 | 0.0% | /www.ultrapasswords.com/ |
| 1057 | 0.0% | 71839919 | 0.0% | /index.html |
| 4 | 0.0% | 47928 | 0.0% | /liveshow.html |
| 3 | 0.0% | 61343 | 0.0% | /movies.html |
| 1 | 0.0% | 3165 | 0.0% | /newformat.html |
| 4 | 0.0% | 89219 | 0.0% | /page2.html |
| 4 | 0.0% | 38052 | 0.0% | /pictures.html |
| 1 | 0.0% | 11066 | 0.0% | /stories.html |
| 3 | 0.0% | 25880 | 0.0% | /video.html |
| 1 | 0.0% | 1692 | 0.0% | /www.ultrapasswords.com/maillist/ |
| 1 | 0.0% | 1692 | 0.0% | /mail.c |
| 12 | 0.0% | 460471 | 0.0% | /www.ultrapasswords.com:80/ |
| 5 | 0.0% | 341564 | 0.0% | /index.html |
| 1 | 0.0% | 11982 | 0.0% | /liveshow.htm |
| 1 | 0.0% | 20437 | 0.0% | /movies.html |
| 1 | 0.0% | 43056 | 0.0% | /page2.html |
| 1 | 0.0% | 12684 | 0.0% | /pictures.htm |
| 2 | 0.0% | 22132 | 0.0% | /stories.html |
| 1 | 0.0% | 8616 | 0.0% | /video.html |
| 1 | 0.0% | 32768 | 0.0% | /www.x-check-suche.de/ |
| 1 | 0.0% | 32768 | 0.0% | /index.html |
| 2 | 0.0% | 0 | 0.0% | /www.yahoo.com/ |
| 2 | 0.0% | 0 | 0.0% | /index.html |
| 4 | 0.0% | 26599 | 0.0% | /wwwboard/ |
| 3 | 0.0% | 19194 | 0.0% | /index.html |
| 1 | 0.0% | 7405 | 0.0% | /post.html |
| 3 | 0.0% | 17688 | 0.0% | /wwwboard/messages/ |
| 1 | 0.0% | 5848 | 0.0% | /3.html |
| 1 | 0.0% | 5967 | 0.0% | /6.html |
| 1 | 0.0% | 5873 | 0.0% | /7.html |
| 34 | 0.0% | 4235141 | 0.0% | /wwwstat/ |
| 24 | 0.0% | 3105277 | 0.0% | /_index_html.html |
| 1 | 0.0% | 28500 | 0.0% | /_pictures_html.html |
| 2 | 0.0% | 4556 | 0.0% | /index.html |
| 4 | 0.0% | 1081962 | 0.0% | /pages.html |
| 2 | 0.0% | 13916 | 0.0% | /referer.html |
| 1 | 0.0% | 930 | 0.0% | /who_summary.html |

Page Access Summary                                                                http://ultrapasswords.com/wwwstat/what_summary.html

[TOP]
**Sorted by Accesses:**

| Accesses | % Acc | Bytes | %Byte | |
|---|---|---|---|---|
| 4961158 | 78.3% | 25887647935 | 60.9% | /index.html |
| 371515 | 5.9% | 12578965867 | 3.0% | /page2.html |
| 247245 | 3.9% | 1997362005 | 0.5% | /liveshow.html |
| 246410 | 3.9% | 3392624354 | 0.8% | /movies.html |
| 206553 | 3.3% | 2002820026 | 0.5% | /pictures.html |
| 196499 | 3.1% | 1138048328 | 0.3% | /video.html |
| 60420 | 1.0% | 519818966 | 0.1% | /stories.html |
| 21624 | 0.3% | 61081646 | 0.0% | /newformat.html |
| 18612 | 0.3% | 16342033 | 0.0% | /maillist/mail.cgi |
| 2916 | 0.0% | 140437249 | 0.0% | / |
| 1057 | 0.0% | 71839919 | 0.0% | /www.ultrapasswords.com/index.html |
| 212 | 0.0% | 11578506 | 0.0% | /data/data.txt |
| 152 | 0.0% | 8899991 | 0.0% | /. |
| 126 | 0.0% | 8689450 | 0.0% | /www.ultrapassword.com |
| 116 | 0.0% | 4852692 | 0.0% | /images/index.html |
| 113 | 0.0% | 975208 | 0.0% | /page3.html |
| 24 | 0.0% | 3105277 | 0.0% | /wwwstat/_index_html.html |
| 17 | 0.0% | 0 | 0.0% | /1.0 |
| 16 | 0.0% | 1410 | 0.0% | /maillist/index.html |
| 9 | 0.0% | 5078 | 0.0% | /whw/index.html |
| 6 | 0.0% | 0 | 0.0% | /refferers.cgi |
| 6 | 0.0% | 5756 | 0.0% | /cgi-bin/wwwadmin.cgi |
| 6 | 0.0% | 129000 | 0.0% | /urchin/index.html |
| 5 | 0.0% | 341564 | 0.0% | /www.ultrapasswords.com:80/index.html |
| 5 | 0.0% | 6524 | 0.0% | /urchin/200001/nav.html |
| 5 | 0.0% | 2040 | 0.0% | /urchin/200001/welcome.html |
| 5 | 0.0% | 35 | 0.0% | /cgi-bin/index.html |
| 4 | 0.0% | 278258 | 0.0% | /ultrapasswords.com/index.html |
| 4 | 0.0% | 38052 | 0.0% | /www.ultrapasswords.com/pictures.html |
| 4 | 0.0% | 195352 | 0.0% | /cgi/index.html |
| 4 | 0.0% | 47928 | 0.0% | /www.ultrapasswords.com/liveshow.html |
| 4 | 0.0% | 2069 | 0.0% | /urchin/200001/qreport.html |
| 4 | 0.0% | 298039 | 0.0% | /www.insanepasses.com/index.html |
| 4 | 0.0% | 52 | 0.0% | /maillist/password.txt |
| 4 | 0.0% | 3664 | 0.0% | /error404.html |
| 4 | 0.0% | 88 | 0.0% | /cgi-bin/passwd.txt |
| 4 | 0.0% | 1081962 | 0.0% | /wwwstat/pages.html |
| 4 | 0.0% | 89219 | 0.0% | /www.ultrapasswords.com/page2.html |
| 3 | 0.0% | 25880 | 0.0% | /www.ultrapasswords.com/video.html |
| 3 | 0.0% | 19194 | 0.0% | /wwwboard/index.html |
| 3 | 0.0% | 61343 | 0.0% | /www.ultrapasswords.com/movies.html |
| 3 | 0.0% | 62800 | 0.0% | /images/ |
| 2 | 0.0% | 113805 | 0.0% | /urchin/200001/refer-tree.html |
| 2 | 0.0% | 0 | 0.0% | /www.yahoo.com/index.html |
| 2 | 0.0% | 118907 | 0.0% | /www.ultrapassword.com/index.html |
| 2 | 0.0% | 9741 | 0.0% | /urchin/200001/page-tree.html |
| 2 | 0.0% | 13916 | 0.0% | /wwwstat/referer.html |
| 2 | 0.0% | 2264 | 0.0% | /cgi-bin/wwwboard.cgi |
| 2 | 0.0% | 156996 | 0.0% | /ultraxxxpasswords.com/index.html |
| 2 | 0.0% | 22132 | 0.0% | /www.ultrapasswords.com:80/stories.html |
| 2 | 0.0% | 4556 | 0.0% | /wwwstat/index.html |
| 2 | 0.0% | 64654 | 0.0% | /members.justwild.com/index.html |
| 1 | 0.0% | 5967 | 0.0% | /wwwboard/messages/6.html |
| 1 | 0.0% | 50548 | 0.0% | /urchin/200001/keyword-top.html |
| 1 | 0.0% | 32768 | 0.0% | /www.altavista.com/index.html |
| 1 | 0.0% | 0 | 0.0% | /movies/html |

```
   1 |  0.0% |        0 |  0.0% | /www.sexspaces.com/index.html
   1 |  0.0% |    11066 |  0.0% | /www.ultrapasswords.com/stories.html
   1 |  0.0% |    11982 |  0.0% | /www.ultrapasswords.com:80/liveshow.htm
   1 |  0.0% |     2163 |  0.0% | /tgp/index.html
   1 |  0.0% |     6687 |  0.0% | /urchin/200001/error-top.html
   1 |  0.0% |        0 |  0.0% | /%23passes
   1 |  0.0% |    69886 |  0.0% | /clickmypic.com/index.html
   1 |  0.0% |     7405 |  0.0% | /wwwboard/post.html
   1 |  0.0% |    63472 |  0.0% | /www.richardsrealm.com/index.html
   1 |  0.0% |      930 |  0.0% | /wwwstat/who_summary.html
   1 |  0.0% |    43056 |  0.0% | /www.ultrapasswords.com:80/page2.html
   1 |  0.0% |     3165 |  0.0% | /www.ultrapasswords.com/newformat.html
   1 |  0.0% |    20437 |  0.0% | /www.ultrapasswords.com:80/movies.html
   1 |  0.0% |      200 |  0.0% | /mailto.webmaster%40ultrapasswords
   1 |  0.0% |    28500 |  0.0% | /wwwstat/_pictures_html.html
   1 |  0.0% |     8616 |  0.0% | /www.ultrapasswords.com:80/video.html
   1 |  0.0% |    12684 |  0.0% | /www.ultrapasswords.com:80/pictures.htm
   1 |  0.0% |    64654 |  0.0% | /hotfemale.com/index.html
   1 |  0.0% |     1632 |  0.0% | /urchin/199912/nav.html
   1 |  0.0% |     1636 |  0.0% | /urchin/200001/hourly.html
   1 |  0.0% |     5848 |  0.0% | /wwwboard/messages/3.html
   1 |  0.0% |    32768 |  0.0% | /www.x-check-suche.de/index.html
   1 |  0.0% |     5873 |  0.0% | /wwwboard/messages/7.html
   1 |  0.0% |    32768 |  0.0% | /movies.html/..
   1 |  0.0% |      626 |  0.0% | /urchin/200001/domain-top.html
   1 |  0.0% |     1632 |  0.0% | /www.ultrapasswords.com/maillist/mail.c
```

---

[TOP]
**Sorted by Bytes:**

```
Accesses  | % Acc |   Bytes    | %Byte |
----------+-------+------------+-------+----------------------------------
 4961158  | 78.3% | 25887647935 | 60.9% | /index.html
  371515  |  5.9% | 12573965867 |  3.0% | /page2.html
  246410  |  3.9% |  3392624354 |  0.8% | /movies.html
  206553  |  3.3% |  2002920026 |  0.5% | /pictures.html
  247245  |  3.9% |  1997362005 |  0.5% | /liveshow.html
  196499  |  3.1% |  1198048328 |  0.3% | /video.html
   60420  |  1.0% |   519818966 |  0.1% | /stories.html
    2916  |  0.0% |   140437249 |  0.0% | /
    1057  |  0.0% |    71839919 |  0.0% | /www.ultrapasswords.com/index.html
   21624  |  0.3% |    61081646 |  0.0% | /newformat.html
   18612  |  0.3% |    16342033 |  0.0% | /maillist/mail.cgi
     212  |  0.0% |    11578506 |  0.0% | /data/data.txt
     152  |  0.0% |     8899991 |  0.0% | /.
     126  |  0.0% |     8689450 |  0.0% | /www.ultrapassword.com
     116  |  0.0% |     4852692 |  0.0% | /images/index.html
      24  |  0.0% |     3105277 |  0.0% | /wwwstat/_index_html.html
       4  |  0.0% |     1081962 |  0.0% | /wwwstat/pages.html
     113  |  0.0% |      975208 |  0.0% | /page3.html
       5  |  0.0% |      341564 |  0.0% | /www.ultrapasswords.com:80/index.html
       4  |  0.0% |      298039 |  0.0% | /www.insanepasses.com/index.html
       4  |  0.0% |      278258 |  0.0% | /ultrapasswords.com/index.html
       4  |  0.0% |      195352 |  0.0% | /cgi/index.html
       2  |  0.0% |      156996 |  0.0% | /ultraxxxpasswords.com/index.html
       6  |  0.0% |      129000 |  0.0% | /urchin/index.html
       2  |  0.0% |      118907 |  0.0% | /www.ultrapassword.com/index.html
       2  |  0.0% |      113805 |  0.0% | /urchin/200001/refer-tree.html
       4  |  0.0% |       89213 |  0.0% | /www.ultrapasswords.com/page2.html
       1  |  0.0% |       69886 |  0.0% | /clickmypic.com/index.html
       1  |  0.0% |       64654 |  0.0% | /hotfemale.com/index.html
       2  |  0.0% |       64654 |  0.0% | /members.justwild.com/index.html
```

| | | | | |
|---|---|---|---|---|
| 1 | 0.0% | 63472 | 0.0% | /www.richardsrealm.com/index.html |
| 3 | 0.0% | 62800 | 0.0% | /images/ |
| 3 | 0.0% | 61343 | 0.0% | /www.ultrapasswords.com/movies.html |
| 1 | 0.0% | 50548 | 0.0% | /urchin/200001/keyword-top.html |
| 4 | 0.0% | 47928 | 0.0% | /www.ultrapasswords.com/liveshow.html |
| 1 | 0.0% | 43056 | 0.0% | /www.ultrapasswords.com:80/page2.html |
| 4 | 0.0% | 38052 | 0.0% | /www.ultrapasswords.com/pictures.html |
| 1 | 0.0% | 32768 | 0.0% | /www.x-check-suche.de/index.html |
| 1 | 0.0% | 32768 | 0.0% | /www.altavista.com/index.html |
| 1 | 0.0% | 32768 | 0.0% | /movies.html/.. |
| 1 | 0.0% | 28500 | 0.0% | /wwwstat/_pictures_html.html |
| 3 | 0.0% | 25880 | 0.0% | /www.ultrapasswords.com/video.html |
| 2 | 0.0% | 22132 | 0.0% | /www.ultrapasswords.com:80/stories.html |
| 1 | 0.0% | 20437 | 0.0% | /www.ultrapasswords.com:80/movies.html |
| 3 | 0.0% | 19194 | 0.0% | /wwwboard/index.html |
| 2 | 0.0% | 13916 | 0.0% | /wwwstat/referer.html |
| 1 | 0.0% | 12684 | 0.0% | /www.ultrapasswords.com:80/pictures.htm |
| 1 | 0.0% | 11982 | 0.0% | /www.ultrapasswords.com:80/liveshow.htm |
| 1 | 0.0% | 11066 | 0.0% | /www.ultrapasswords.com/stories.html |
| 2 | 0.0% | 9741 | 0.0% | /urchin/200001/page-tree.html |
| 1 | 0.0% | 8616 | 0.0% | /www.ultrapasswords.com:80/video.html |
| 1 | 0.0% | 7405 | 0.0% | /wwwboard/post.html |
| 1 | 0.0% | 6687 | 0.0% | /urchin/200001/error-top.html |
| 5 | 0.0% | 6524 | 0.0% | /urchin/200001/nav.html |
| 1 | 0.0% | 5967 | 0.0% | /wwwboard/messages/6.html |
| 1 | 0.0% | 5873 | 0.0% | /wwwboard/messages/7.html |
| 1 | 0.0% | 5848 | 0.0% | /wwwboard/messages/3.html |
| 6 | 0.0% | 5756 | 0.0% | /cgi-bin/wwwadmin.cgi |
| 9 | 0.0% | 5079 | 0.0% | /whw/index.html |
| 2 | 0.0% | 4556 | 0.0% | /wwwstat/index.html |
| 4 | 0.0% | 3664 | 0.0% | /error404.html |
| 1 | 0.0% | 3165 | 0.0% | /www.ultrapasswords.com/newformat.html |
| 2 | 0.0% | 2264 | 0.0% | /cgi-bin/wwwboard.cgi |
| 1 | 0.0% | 2163 | 0.0% | /tgp/index.html |
| 4 | 0.0% | 2069 | 0.0% | /urchin/200001/qreport.html |
| 5 | 0.0% | 2040 | 0.0% | /urchin/200001/welcome.html |
| 1 | 0.0% | 1692 | 0.0% | /www.ultrapasswords.com/maillist/mail.c |
| 1 | 0.0% | 1636 | 0.0% | /urchin/200001/hourly.html |
| 1 | 0.0% | 1632 | 0.0% | /urchin/199912/nav.html |
| 16 | 0.0% | 1410 | 0.0% | /maillist/index.html |
| 1 | 0.0% | 930 | 0.0% | /wwwstat/who_summary.html |
| 1 | 0.0% | 626 | 0.0% | /urchin/200001/domain-top.html |
| 1 | 0.0% | 200 | 0.0% | /mailto.webmaster%40ultrapasswords |
| 4 | 0.0% | 88 | 0.0% | /cgi-bin/passwd.txt |
| 4 | 0.0% | 52 | 0.0% | /maillist/password.txt |
| 5 | 0.0% | 35 | 0.0% | /cgi-bin/index.html |
| 17 | 0.0% | 0 | 0.0% | /1.0 |
| 6 | 0.0% | 0 | 0.0% | /refferers.cgi |
| 2 | 0.0% | 0 | 0.0% | /www.yahoo.com/index.html |
| 1 | 0.0% | 0 | 0.0% | /movies/html |
| 1 | 0.0% | 0 | 0.0% | /%23passes |
| 1 | 0.0% | 0 | 0.0% | /www.sexspaces.com/index.html |



Output generated by **MKStats**
version 2.3

# Exhibit 2

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | | |
|---|---|---|---|
| TX 4-556-514 | TX 6-203-680 | V3560 D878 | VA 1-301-850 |
| TX 4-556-511 | TX 6-203-677 | V3569 D607 | VA 1-301-851 |
| TX 4-556-482 | TX 6-543-260 | V3569 D607 | VA 1-301-852 |
| TX 4-556-510 | TX 6-543-478 | V3569D607 | VA 1-307-983 |
| TX 4-556-475 | VA 996-673 | VA 1-201-268 | VA 1-307-984 |
| TX 4-556-541 | VA 1-085-670 | VA 1-201-268 | VA 1-307-985 |
| TX 4-812-575 | VA 1-177-241 | VA 1-201-269 | VA 1-307-986 |
| TX 4-813-355 | VA 1-230-966 | VA 1-202-771 | VA 1-308-089 |
| TX 4-812-793 | VA 1-289-549 | VA 1-207-270 | VA 1-308-090 |
| TX 4-813-026 | VA 1-289-550 | VA 1-208-244 | VA 1-308-136 |
| TX 4-812-972 | VA 1-289-701 | VA 1-208-275 | VA 1-308-137 |
| TX 4-813-344 | VA 1-289-809 | VA 1-208-295 | VA 1-308-138 |
| TX 4-813-338 | VA 1-308-085 | VA 1-221-373 | VA 1-313-231 |
| TX 4-813-390 | VA 1-308-126 | VA 1-230-967 | VA 1-321-521 |
| TX 5-172-229 | VA 1-308-128 | VA 1-231-092 | VA 1-321-522 |
| TX 5-201-630 | VA 1-313-176 | VA 1-231-093 | VA 1-321-523 |
| TX 5-217-598 | VA 1-337-645 | VA 1-289-551 | VA 1-321-524 |
| TX 5-328-427 | VA 1-351-877 | VA 1-289-552 | VA 1-321-525 |
| TX 5-328-528 | VA 1-359-323 | VA 1-289-553 | VA 1-321-527 |
| TX 5-328-636 | VA 1-377-136 | VA 1-289-554 | VA 1-337-644 |
| TX 5-488-941 | VA 1-377-240 | VA 1-289-555 | VA 1-337-664 |
| TX 5-488-942 | VA 1-394-707 | VA 1-289-556 | VA 1-340-262 |
| TX 5-451-806 | VA 1-407-570 | VA 1-289-557 | VA 1-341-527 |
| TX 5-452-020 | VA 1-410-598 | VA 1-289-566 | VA 1-345-740 |
| TX 5-452-132 | VA 1-422-627 | VA 1-289-569 | VA 1-345-743 |
| TX 5-452-254 | VA 987-612 | VA 1-289-570 | VA 1-345-745 |
| TX 5-452-489 | VA 1-026-167 | VA 1-289-571 | VA 1-345-747 |
| TX 5-802-012 | V3498 D888 | VA 1-289-573 | VA 1-347-289 |
| TX 5-802-272 | V3527 D778 | VA 1-289-576 | VA 1-356-951 |
| TX 5-802-273 | V3527 D778 | VA 1-289-577 | VA 1-356-952 |
| TX 5-910-170 | V3527 D779 | VA 1-289-578 | VA 1-369-768 |
| TX 5-910-171 | V3527 D779 | VA 1-289-580 | VA 1-377-135 |
| TX 6-058-397 | V3527D779 | VA 1-289-582 | VA 1-377-248 |
| TX 5-910-331 | V3532 D237 | VA 1-289-661 | VA 1-386-685 |
| TX 6-114-746 | V3532 D238 | VA 1-289-662 | VA 1-391-325 |
| TX 6-114-841 | V3532 D238 | VA 1-289-663 | VA 1-391-326 |
| TX 6-114-841 | V3537 D147 | VA 1-289-664 | VA 1-391-546 |
| TX 6-115-010 | V3537 D147 | VA 1-289-666 | VA 1-391-550 |
| TX 6-346-157 | V3560 D787 | VA 1-289-704 | VA 1-391-551 |
| TX 6-346-128 | V3560 D878 | VA 1-289-705 | VA 1-391-552 |

Exh. 2, Pg. 1

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | | |
|---|---|---|---|
| VA 1-392-589 | VA 1-397-076 | VA 1-428-519 | VA 1-428-560 |
| VA 1-392-590 | VA 1-397-077 | VA 1-428-520 | VA 1-428-561 |
| VA 1-392-864 | VA 1-397-963 | VA 1-428-521 | VA 1-428-562 |
| VA 1-393-373 | VA 1-401-161 | VA 1-428-522 | VA 1-428-564 |
| VA 1-394-067 | VA 1-401-162 | VA 1-428-523 | VA 1-428-565 |
| VA 1-396-363 | VA 1-410-409 | VA 1-428-524 | VA 1-428-566 |
| VA 1-396-364 | VA 1-424-074 | VA 1-428-525 | VA 1-428-567 |
| VA 1-396-367 | VA 1-425-191 | VA 1-428-526 | VA 1-428-596 |
| VA 1-396-368 | VA 1-426-141 | VA 1-428-527 | VA 1-428-730 |
| VA 1-396-369 | VA 1-426-142 | VA 1-428-528 | VA 1-428-731 |
| VA 1-396-370 | VA 1-426-143 | VA 1-428-529 | VA 1-428-732 |
| VA 1-396-375 | VA 1-426-144 | VA 1-428-530 | VA 1-428-733 |
| VA 1-396-376 | VA 1-426-145 | VA 1-428-531 | VA 1-428-734 |
| VA 1-396-377 | VA 1-426-146 | VA 1-428-533 | VA 1-428-736 |
| VA 1-396-379 | VA 1-426-147 | VA 1-428-534 | VA 1-428-738 |
| VA 1-396-383 | VA 1-426-148 | VA 1-428-535 | VA 1-428-740 |
| VA 1-396-384 | VA 1-426-149 | VA 1-428-536 | VA 1-428-741 |
| VA 1-396-390 | VA 1-426-150 | VA 1-428-537 | VA 1-428-742 |
| VA 1-396-393 | VA 1-426-151 | VA 1-428-538 | VA 1-428-743 |
| VA 1-396-394 | VA 1-426-288 | VA 1-428-539 | VA 1-428-744 |
| VA 1-396-396 | VA 1-426-289 | VA 1-428-540 | VA 1-428-745 |
| VA 1-396-397 | VA 1-426-290 | VA 1-428-541 | VA 1-428-746 |
| VA 1-397-049 | VA 1-426-291 | VA 1-428-542 | VA 1-428-751 |
| VA 1-397-050 | VA 1-426-292 | VA 1-428-543 | VA 1-428-752 |
| VA 1-397-051 | VA 1-426-293 | VA 1-428-544 | VA 1-428-753 |
| VA 1-397-052 | VA 1-426-294 | VA 1-428-545 | VA 1-428-754 |
| VA 1-397-053 | VA 1-428-251 | VA 1-428-546 | VA 1-428-755 |
| VA 1-397-054 | VA 1-428-506 | VA 1-428-547 | VA 1-428-756 |
| VA 1-397-055 | VA 1-428-507 | VA 1-428-548 | VA 1-428-757 |
| VA 1-397-056 | VA 1-428-508 | VA 1-428-549 | VA 1-428-758 |
| VA 1-397-057 | VA 1-428-509 | VA 1-428-550 | VA 1-428-759 |
| VA 1-397-058 | VA 1-428-510 | VA 1-428-551 | VA 1-428-760 |
| VA 1-397-059 | VA 1-428-511 | VA 1-428-552 | VA 1-428-761 |
| VA 1-397-060 | VA 1-428-512 | VA 1-428-553 | VA 1-428-763 |
| VA 1-397-061 | VA 1-428-513 | VA 1-428-554 | VA 1-428-764 |
| VA 1-397-062 | VA 1-428-514 | VA 1-428-555 | VA 1-428-765 |
| VA 1-397-064 | VA 1-428-515 | VA 1-428-556 | VA 1-428-766 |
| VA 1-397-070 | VA 1-428-516 | VA 1-428-557 | VA 1-428-767 |
| VA 1-397-071 | VA 1-428-517 | VA 1-428-558 | VA 1-428-768 |
| VA 1-397-075 | VA 1-428-518 | VA 1-428-559 | VA 1-428-769 |

**PERFECT 10'S COPYRIGHT REGISTRATIONS**

| | | | |
|---|---|---|---|
| VA 1-428-770 | VA 1-429-185 | VA 1-429-232 | VA 1-429-275 |
| VA 1-428-772 | VA 1-429-186 | VA 1-429-234 | VA 1-429-276 |
| VA 1-428-773 | VA 1-429-190 | VA 1-429-235 | VA 1-429-277 |
| VA 1-428-774 | VA 1-429-191 | VA 1-429-236 | VA 1-429-279 |
| VA 1-428-775 | VA 1-429-192 | VA 1-429-237 | VA 1-429-280 |
| VA 1-429-008 | VA 1-429-194 | VA 1-429-238 | VA 1-429-282 |
| VA 1-429-009 | VA 1-429-195 | VA 1-429-239 | VA 1-429-283 |
| VA 1-429-010 | VA 1-429-196 | VA 1-429-240 | VA 1-429-441 |
| VA 1-429-012 | VA 1-429-198 | VA 1-429-241 | VA 1-429-442 |
| VA 1-429-016 | VA 1-429-200 | VA 1-429-242 | VA 1-429-443 |
| VA 1-429-017 | VA 1-429-201 | VA 1-429-243 | VA 1-429-444 |
| VA 1-429-018 | VA 1-429-202 | VA 1-429-244 | VA 1-429-445 |
| VA 1-429-020 | VA 1-429-203 | VA 1-429-245 | VA 1-429-446 |
| VA 1-429-024 | VA 1-429-204 | VA 1-429-246 | VA 1-429-447 |
| VA 1-429-027 | VA 1-429-205 | VA 1-429-247 | VA 1-429-448 |
| VA 1-429-028 | VA 1-429-206 | VA 1-429-248 | VA 1-429-449 |
| VA 1-429-160 | VA 1-429-207 | VA 1-429-249 | VA 1-429-453 |
| VA 1-429-161 | VA 1-429-208 | VA 1-429-250 | VA 1-429-454 |
| VA 1-429-162 | VA 1-429-209 | VA 1-429-252 | VA 1-429-455 |
| VA 1-429-163 | VA 1-429-210 | VA 1-429-253 | VA 1-429-456 |
| VA 1-429-164 | VA 1-429-211 | VA 1-429-254 | VA 1-429-457 |
| VA 1-429-165 | VA 1-429-212 | VA 1-429-255 | VA 1-429-458 |
| VA 1-429-166 | VA 1-429-213 | VA 1-429-256 | VA 1-429-459 |
| VA 1-429-167 | VA 1-429-214 | VA 1-429-257 | VA 1-429-460 |
| VA 1-429-168 | VA 1-429-215 | VA 1-429-258 | VA 1-429-461 |
| VA 1-429-170 | VA 1-429-216 | VA 1-429-259 | VA 1-429-462 |
| VA 1-429-171 | VA 1-429-217 | VA 1-429-260 | VA 1-429-464 |
| VA 1-429-172 | VA 1-429-218 | VA 1-429-261 | VA 1-429-465 |
| VA 1-429-173 | VA 1-429-219 | VA 1-429-262 | VA 1-429-466 |
| VA 1-429-174 | VA 1-429-220 | VA 1-429-263 | VA 1-429-467 |
| VA 1-429-175 | VA 1-429-222 | VA 1-429-265 | VA 1-429-468 |
| VA 1-429-176 | VA 1-429-223 | VA 1-429-266 | VA 1-429-469 |
| VA 1-429-177 | VA 1-429-224 | VA 1-429-267 | VA 1-429-470 |
| VA 1-429-178 | VA 1-429-225 | VA 1-429-268 | VA 1-429-471 |
| VA 1-429-179 | VA 1-429-226 | VA 1-429-269 | VA 1-429-472 |
| VA 1-429-180 | VA 1-429-227 | VA 1-429-270 | VA 1-429-473 |
| VA 1-429-181 | VA 1-429-228 | VA 1-429-271 | VA 1-429-474 |
| VA 1-429-182 | VA 1-429-229 | VA 1-429-272 | VA 1-429-475 |
| VA 1-429-183 | VA 1-429-230 | VA 1-429-273 | VA 1-429-476 |
| VA 1-429-184 | VA 1-429-231 | VA 1-429-274 | VA 1-429-477 |

Exh. 2, Pg. 3

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | | |
|---|---|---|---|
| VA 1-429-525 | VA 1-429-694 | VA 1-429-853 | VA 1-430-304 |
| VA 1-429-617 | VA 1-429-695 | VA 1-429-854 | VA 1-430-305 |
| VA 1-429-618 | VA 1-429-696 | VA 1-429-855 | VA 1-430-306 |
| VA 1-429-619 | VA 1-429-697 | VA 1-429-856 | VA 1-430-307 |
| VA 1-429-620 | VA 1-429-698 | VA 1-429-857 | VA 1-430-308 |
| VA 1-429-621 | VA 1-429-699 | VA 1-429-858 | VA 1-430-309 |
| VA 1-429-622 | VA 1-429-700 | VA 1-429-859 | VA 1-430-310 |
| VA 1-429-657 | VA 1-429-702 | VA 1-429-860 | VA 1-430-311 |
| VA 1-429-658 | VA 1-429-707 | VA 1-429-861 | VA 1-430-312 |
| VA 1-429-659 | VA 1-429-708 | VA 1-429-862 | VA 1-430-313 |
| VA 1-429-660 | VA 1-429-712 | VA 1-429-863 | VA 1-430-314 |
| VA 1-429-661 | VA 1-429-713 | VA 1-429-864 | VA 1-430-315 |
| VA 1-429-662 | VA 1-429-714 | VA 1-429-865 | VA 1-430-316 |
| VA 1-429-663 | VA 1-429-716 | VA 1-429-866 | VA 1-430-317 |
| VA 1-429-664 | VA 1-429-717 | VA 1-429-867 | VA 1-430-318 |
| VA 1-429-666 | VA 1-429-718 | VA 1-429-868 | VA 1-430-319 |
| VA 1-429-668 | VA 1-429-719 | VA 1-429-924 | VA 1-430-320 |
| VA 1-429-669 | VA 1-429-720 | VA 1-429-952 | VA 1-430-321 |
| VA 1-429-671 | VA 1-429-721 | VA 1-429-953 | VA 1-430-322 |
| VA 1-429-672 | VA 1-429-722 | VA 1-429-954 | VA 1-430-323 |
| VA 1-429-673 | VA 1-429-723 | VA 1-429-955 | VA 1-430-487 |
| VA 1-429-674 | VA 1-429-727 | VA 1-429-956 | VA 1-430-578 |
| VA 1-429-675 | VA 1-429-728 | VA 1-430-008 | VA 1-430-579 |
| VA 1-429-676 | VA 1-429-730 | VA 1-430-010 | VA 1-430-580 |
| VA 1-429-677 | VA 1-429-731 | VA 1-430-011 | VA 1-430-581 |
| VA 1-429-678 | VA 1-429-732 | VA 1-430-012 | VA 1-430-583 |
| VA 1-429-679 | VA 1-429-733 | VA 1-430-013 | VA 1-430-607 |
| VA 1-429-681 | VA 1-429-734 | VA 1-430-291 | VA 1-430-608 |
| VA 1-429-682 | VA 1-429-735 | VA 1-430-292 | VA 1-430-609 |
| VA 1-429-683 | VA 1-429-736 | VA 1-430-293 | VA 1-430-610 |
| VA 1-429-684 | VA 1-429-737 | VA 1-430-294 | VA 1-430-611 |
| VA 1-429-685 | VA 1-429-738 | VA 1-430-295 | VA 1-430-621 |
| VA 1-429-686 | VA 1-429-739 | VA 1-430-296 | VA 1-430-635 |
| VA 1-429-687 | VA 1-429-740 | VA 1-430-297 | VA 1-430-637 |
| VA 1-429-688 | VA 1-429-741 | VA 1-430-298 | VA 1-430-638 |
| VA 1-429-689 | VA 1-429-75 | VA 1-430-299 | VA 1-430-650 |
| VA 1-429-690 | VA 1-429-849 | VA 1-430-300 | VA 1-430-651 |
| VA 1-429-691 | VA 1-429-850 | VA 1-430-301 | VA 1-430-652 |
| VA 1-429-692 | VA 1-429-851 | VA 1-430-302 | VA 1-430-653 |
| VA 1-429-693 | VA 1-429-852 | VA 1-430-303 | VA 1-430-655 |

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | | |
|---|---|---|---|
| VA 1-430-806 | VA 1-431-331 | VA 1-431-836 | VA 1-431-876 |
| VA 1-430-809 | VA 1-431-332 | VA 1-431-837 | VA 1-431-877 |
| VA 1-430-810 | VA 1-431-333 | VA 1-431-838 | VA 1-431-878 |
| VA 1-430-813 | VA 1-431-334 | VA 1-431-839 | VA 1-431-879 |
| VA 1-430-814 | VA 1-431-335 | VA 1-431-840 | VA 1-431-880 |
| VA 1-430-815 | VA 1-431-340 | VA 1-431-841 | VA 1-431-881 |
| VA 1-430-816 | VA 1-431-341 | VA 1-431-842 | VA 1-431-882 |
| VA 1-430-817 | VA 1-431-342 | VA 1-431-843 | VA 1-431-883 |
| VA 1-430-833 | VA 1-431-479 | VA 1-431-844 | VA 1-431-884 |
| VA 1-430-841 | VA 1-431-519 | VA 1-431-845 | VA 1-431-885 |
| VA 1-430-842 | VA 1-431-660 | VA 1-431-846 | VA 1-431-886 |
| VA 1-430-844 | VA 1-431-661 | VA 1-431-847 | VA 1-431-887 |
| VA 1-430-845 | VA 1-431-662 | VA 1-431-848 | VA 1-431-888 |
| VA 1-430-847 | VA 1-431-663 | VA 1-431-849 | VA 1-431-889 |
| VA 1-430-849 | VA 1-431-664 | VA 1-431-850 | VA 1-431-890 |
| VA 1-430-850 | VA 1-431-780 | VA 1-431-851 | VA 1-431-891 |
| VA 1-430-852 | VA 1-431-781 | VA 1-431-852 | VA 1-431-892 |
| VA 1-430-909 | VA 1-431-813 | VA 1-431-853 | VA 1-431-893 |
| VA 1-430-917 | VA 1-431-814 | VA 1-431-854 | VA 1-431-894 |
| VA 1-430-918 | VA 1-431-815 | VA 1-431-855 | VA 1-431-895 |
| VA 1-430-921 | VA 1-431-816 | VA 1-431-856 | VA 1-431-896 |
| VA 1-430-922 | VA 1-431-817 | VA 1-431-857 | VA 1-431-897 |
| VA 1-430-923 | VA 1-431-818 | VA 1-431-858 | VA 1-431-898 |
| VA 1-430-925 | VA 1-431-819 | VA 1-431-859 | VA 1-431-899 |
| VA 1-430-926 | VA 1-431-820 | VA 1-431-860 | VA 1-431-900 |
| VA 1-430-927 | VA 1-431-821 | VA 1-431-861 | VA 1-431-901 |
| VA 1-430-928 | VA 1-431-822 | VA 1-431-862 | VA 1-431-902 |
| VA 1-430-987 | VA 1-431-823 | VA 1-431-863 | VA 1-431-903 |
| VA 1-430-988 | VA 1-431-824 | VA 1-431-864 | VA 1-431-904 |
| VA 1-430-989 | VA 1-431-825 | VA 1-431-865 | VA 1-431-905 |
| VA 1-430-991 | VA 1-431-826 | VA 1-431-866 | VA 1-431-906 |
| VA 1-431-044 | VA 1-431-827 | VA 1-431-867 | VA 1-431-907 |
| VA 1-431-045 | VA 1-431-828 | VA 1-431-868 | VA 1-431-908 |
| VA 1-431-046 | VA 1-431-829 | VA 1-431-869 | VA 1-431-909 |
| VA 1-431-047 | VA 1-431-830 | VA 1-431-870 | VA 1-431-910 |
| VA 1-431-048 | VA 1-431-831 | VA 1-431-871 | VA 1-431-911 |
| VA 1-431-049 | VA 1-431-832 | VA 1-431-872 | VA 1-431-912 |
| VA 1-431-050 | VA 1-431-833 | VA 1-431-873 | VA 1-431-913 |
| VA 1-431-051 | VA 1-431-834 | VA 1-431-874 | VA 1-431-914 |
| VA 1-431-330 | VA 1-431-835 | VA 1-431-875 | VA 1-431-915 |

PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | | |
|---|---|---|---|
| VA 1-431-916 | VA 1-431-956 | VA 1-431-996 | VA 1-432-105 |
| VA 1-431-917 | VA 1-431-957 | VA 1-431-997 | VA 1-432-106 |
| VA 1-431-918 | VA 1-431-958 | VA 1-431-998 | VA 1-432-107 |
| VA 1-431-919 | VA 1-431-959 | VA 1-431-999 | VA 1-432-108 |
| VA 1-431-920 | VA 1-431-960 | VA 1-432-000 | VA 1-432-109 |
| VA 1-431-921 | VA 1-431-961 | VA 1-432-001 | VA 1-432-110 |
| VA 1-431-922 | VA 1-431-962 | VA 1-432-002 | VA 1-432-111 |
| VA 1-431-923 | VA 1-431-963 | VA 1-432-003 | VA 1-432-112 |
| VA 1-431-924 | VA 1-431-964 | VA 1-432-004 | VA 1-432-113 |
| VA 1-431-925 | VA 1-431-965 | VA 1-432-005 | VA 1-432-114 |
| VA 1-431-926 | VA 1-431-966 | VA 1-432-006 | VA 1-432-115 |
| VA 1-431-927 | VA 1-431-967 | VA 1-432-007 | VA 1-432-116 |
| VA 1-431-928 | VA 1-431-968 | VA 1-432-077 | VA 1-432-117 |
| VA 1-431-929 | VA 1-431-969 | VA 1-432-078 | VA 1-432-118 |
| VA 1-431-930 | VA 1-431-970 | VA 1-432-079 | VA 1-432-119 |
| VA 1-431-931 | VA 1-431-971 | VA 1-432-080 | VA 1-432-120 |
| VA 1-431-932 | VA 1-431-972 | VA 1-432-081 | VA 1-432-121 |
| VA 1-431-933 | VA 1-431-973 | VA 1-432-082 | VA 1-432-122 |
| VA 1-431-934 | VA 1-431-974 | VA 1-432-083 | VA 1-432-123 |
| VA 1-431-935 | VA 1-431-975 | VA 1-432-084 | VA 1-432-124 |
| VA 1-431-936 | VA 1-431-976 | VA 1-432-085 | VA 1-432-125 |
| VA 1-431-937 | VA 1-431-977 | VA 1-432-086 | VA 1-432-126 |
| VA 1-431-938 | VA 1-431-978 | VA 1-432-087 | VA 1-432-127 |
| VA 1-431-939 | VA 1-431-979 | VA 1-432-088 | VA 1-432-128 |
| VA 1-431-940 | VA 1-431-980 | VA 1-432-089 | VA 1-432-129 |
| VA 1-431-941 | VA 1-431-981 | VA 1-432-090 | VA 1-432-130 |
| VA 1-431-942 | VA 1-431-982 | VA 1-432-091 | VA 1-432-133 |
| VA 1-431-943 | VA 1-431-983 | VA 1-432-092 | VA 1-432-134 |
| VA 1-431-944 | VA 1-431-984 | VA 1-432-093 | VA 1-432-135 |
| VA 1-431-945 | VA 1-431-985 | VA 1-432-094 | VA 1-432-136 |
| VA 1-431-946 | VA 1-431-986 | VA 1-432-095 | VA 1-432-137 |
| VA 1-431-947 | VA 1-431-987 | VA 1-432-096 | VA 1-432-138 |
| VA 1-431-948 | VA 1-431-988 | VA 1-432-097 | VA 1-432-139 |
| VA 1-431-949 | VA 1-431-989 | VA 1-432-098 | VA 1-432-140 |
| VA 1-431-950 | VA 1-431-990 | VA 1-432-099 | VA 1-432-141 |
| VA 1-431-951 | VA 1-431-991 | VA 1-432-100 | VA 1-432-142 |
| VA 1-431-952 | VA 1-431-992 | VA 1-432-101 | VA 1-432-143 |
| VA 1-431-953 | VA 1-431-993 | VA 1-432-102 | VA 1-432-144 |
| VA 1-431-954 | VA 1-431-994 | VA 1-432-103 | VA 1-432-145 |
| VA 1-431-955 | VA 1-431-995 | VA 1-432-104 | VA 1-432-146 |

Exh. 2, Pg. 6

**PERFECT 10'S COPYRIGHT REGISTRATIONS**

| | | | |
|---|---|---|---|
| VA 1-432-147 | VA 1-432-196 | VA 1-432-263 | VA 1-432-707 |
| VA 1-432-148 | VA 1-432-197 | VA 1-432-264 | VA 1-432-708 |
| VA 1-432-149 | VA 1-432-198 | VA 1-432-265 | VA 1-432-710 |
| VA 1-432-150 | VA 1-432-199 | VA 1-432-266 | VA 1-432-711 |
| VA 1-432-151 | VA 1-432-200 | VA 1-432-270 | VA 1-432-966 |
| VA 1-432-152 | VA 1-432-201 | VA 1-432-271 | VA 1-432-967 |
| VA 1-432-153 | VA 1-432-202 | VA 1-432-272 | VA 1-432-968 |
| VA 1-432-154 | VA 1-432-203 | VA 1-432-273 | VA 1-432-969 |
| VA 1-432-155 | VA 1-432-204 | VA 1-432-274 | VA 1-432-970 |
| VA 1-432-156 | VA 1-432-205 | VA 1-432-275 | VA 1-432-971 |
| VA 1-432-157 | VA 1-432-206 | VA 1-432-276 | VA 1-432-972 |
| VA 1-432-158 | VA 1-432-207 | VA 1-432-277 | VA 1-432-973 |
| VA 1-432-159 | VA 1-432-208 | VA 1-432-278 | VA 1-432-974 |
| VA 1-432-160 | VA 1-432-209 | VA 1-432-279 | VA 1-432-976 |
| VA 1-432-161 | VA 1-432-210 | VA 1-432-280 | VA 1-432-977 |
| VA 1-432-162 | VA 1-432-211 | VA 1-432-281 | VA 1-432-978 |
| VA 1-432-163 | VA 1-432-212 | VA 1-432-282 | VA 1-432-980 |
| VA 1-432-164 | VA 1-432-213 | VA 1-432-283 | VA 1-432-981 |
| VA 1-432-165 | VA 1-432-214 | VA 1-432-284 | VA 1-432-982 |
| VA 1-432-166 | VA 1-432-215 | VA 1-432-522 | VA 1-432-983 |
| VA 1-432-167 | VA 1-432-216 | VA 1-432-523 | VA 1-432-985 |
| VA 1-432-168 | VA 1-432-217 | VA 1-432-524 | VA 1-432-986 |
| VA 1-432-169 | VA 1-432-218 | VA 1-432-525 | VA 1-432-987 |
| VA 1-432-170 | VA 1-432-219 | VA 1-432-528 | VA 1-432-988 |
| VA 1-432-171 | VA 1-432-220 | VA 1-432-529 | VA 1-432-989 |
| VA 1-432-172 | VA 1-432-221 | VA 1-432-530 | VA 1-432-990 |
| VA 1-432-173 | VA 1-432-222 | VA 1-432-531 | VA 1-432-991 |
| VA 1-432-174 | VA 1-432-223 | VA 1-432-532 | VA 1-432-992 |
| VA 1-432-175 | VA 1-432-224 | VA 1-432-533 | VA 1-432-993 |
| VA 1-432-176 | VA 1-432-225 | VA 1-432-534 | VA 1-432-994 |
| VA 1-432-186 | VA 1-432-226 | VA 1-432-543 | VA 1-432-995 |
| VA 1-432-187 | VA 1-432-242 | VA 1-432-544 | VA 1-432-996 |
| VA 1-432-188 | VA 1-432-243 | VA 1-432-546 | VA 1-432-997 |
| VA 1-432-189 | VA 1-432-256 | VA 1-432-547 | VA 1-432-999 |
| VA 1-432-190 | VA 1-432-257 | VA 1-432-548 | VA 1-433-000 |
| VA 1-432-191 | VA 1-432-258 | VA 1-432-695 | VA 1-433-001 |
| VA 1-432-192 | VA 1-432-259 | VA 1-432-697 | VA 1-433-002 |
| VA 1-432-193 | VA 1-432-260 | VA 1-432-699 | VA 1-433-003 |
| VA 1-432-194 | VA 1-432-261 | VA 1-432-701 | VA 1-433-005 |
| VA 1-432-195 | VA 1-432-262 | VA 1-432-704 | VA 1-433-007 |

**PERFECT 10'S COPYRIGHT REGISTRATIONS**

| | | | |
|---|---|---|---|
| VA 1-433-008 | VA 1-630-331 | VA 1-646-246 | VA 1-668-107 |
| VA 1-433-062 | VA 1-630-334 | VA 1-646-247 | VA 1-668-230 |
| VA 1-433-063 | VA 1-630-341 | VA 1-646-257 | VA 1-668-231 |
| VA 1-433-064 | VA 1-630-363 | VA 1-646-259 | VA 1-668-232 |
| VA 1-433-065 | VA 1-630-365 | VA 1-646-269 | VA 1-668-235 |
| VA 1-433-066 | VA 1-630-374 | VA 1-646-273 | VA 1-668-236 |
| VA 1-433-067 | VA 1-630-377 | VA 1-646-281 | VA 1-668-245 |
| VA 1-433-068 | VA 1-630-384 | VA 1-646-292 | VA 1-669-420 |
| VA 1-433-069 | VA 1-630-387 | VA 1-646-300 | VA 1-669-441 |
| VA 1-433-070 | VA 1-630-389 | VA 1-646-305 | VAU 671-253 |
| VA 1-433-071 | VA 1-631-228 | VA 1-646-312 | VAu 702-953 |
| VA 1-433-074 | VA 1-631-229 | VA 1-646-315 | VAu 735-092 |
| VA 1-433-075 | VA 1-631-232 | VA 1-651-767 | VAu 735-093 |
| VA 1-433-076 | VA 1-631-235 | VA 1-664-328 | VAU 735-094 |
| VA 1-433-077 | VA 1-631-242 | VA 1-664-331 | VAU 735-098 |
| VA 1-433-078 | VA 1-631-244 | VA 1-664-342 | VAU 735-099 |
| VA 1-433-079 | VA 1-631-247 | VA 1-664-344 | |
| VA 1-433-080 | VA 1-631-250 | VA 1-667-297 | |
| VA 1-433-081 | VA 1-631-253 | VA 1-667-585 | |
| VA 1-433-082 | VA 1-631-255 | VA 1-667-593 | |
| VA 1-433-083 | VA 1-631-257 | VA 1-667-595 | |
| VA 1-433-086 | VA 1-631-261 | VA 1-667-601 | |
| VA 1-433-087 | VA 1-641-518 | VA 1-667-605 | |
| VA 1-433-088 | VA 1-641-522 | VA 1-667-609 | |
| VA 1-433-089 | VA 1-645-629 | VA 1-667-612 | |
| VA 1-433-090 | VA 1-645-643 | VA 1-667-615 | |
| VA 1-433-091 | VA 1-645-655 | VA 1-668-082 | |
| VA 1-433-092 | VA 1-645-667 | VA 1-668-083 | |
| VA 1-433-093 | VA 1-645-681 | VA 1-668-084 | |
| VA 1-625-653 | VA 1-645-711 | VA 1-668-085 | |
| VA 1-628-766 | VA 1-645-712 | VA 1-668-086 | |
| VA 1-628-767 | VA 1-645-714 | VA 1-668-087 | |
| VA 1-628-769 | VA 1-645-715 | VA 1-668-088 | |
| VA 1-628-773 | VA 1-645-720 | VA 1-668-089 | |
| VA 1-629-329 | VA 1-646-201 | VA 1-668-090 | |
| VA 1-629-369 | VA 1-646-211 | VA 1-668-094 | |
| VA 1-629-373 | VA 1-646-216 | VA 1-668-096 | |
| VA 1-629-378 | VA 1-646-223 | VA 1-668-099 | |
| VA 1-629-382 | VA 1-646-232 | VA 1-668-101 | |
| VA 1-629-765 | VA 1-646-239 | VA 1-668-103 | |

# Exhibit 3

Click here to see over 1500 girls live on webcam right now for free at MyFreeCams.com! (18+)



**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**



Exh. 3, Pg. 1

Click here to see over 1500 girls live on webcam right now for free at MyFreeCams.com! (18+)



**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**



Exh. 3, Pg. 2

Click here to see over 1500 girls live on webcam right now for free at MyFreeCams.com! (18+)



Views: 515

Exh. 3, Pg. 3

Click here to see over 1500 girls live on webcam right now for free at MyFreeCams.com! (18+)



## REDACTED TO DISCOURAGE
## UNAUTHORIZED COPYING FROM PACER



Views: 253

Exh. 3, Pg. 4

Click here to see over 1500 girls live on webcam right now for free at MyFreeCams.com! (18+)



**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**



Views: 643

Exh. 3, Pg. 5

Click here to see over 1500 girls live on webcam right now for free at MyFreeCams.com! (18+)



**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**



Views: 516

Exh. 3, Pg. 6

Exhibit 4