POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Lynell D. Davis, Esq. (SBN 271152) <br> PERFECT 10, INC. <br> 11803 Norfield Court <br> Los Angeles, CA 90077 <br> TELEPHONE NO.: (310) 476-0794   FAX NO. *(Optional)*: (310) 476-8138 <br> E-MAIL ADDRESS *(Optional)*: lynell@perfect10.com <br> ATTORNEY FOR *(Name)*: Plaintiff, Perfect 10, Inc. | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** <br> STREET ADDRESS: 312 N. Spring Street <br> MAILING ADDRESS: 312 N. Spring Street <br> CITY AND ZIP CODE: Los Angeles, CA 90012 <br> BRANCH NAME: Central Division of California | |
| PLAINTIFF/PETITIONER: Perfect 10, Inc., a California corporation <br> DEFENDANT/RESPONDENT: Leo Radvinsky | CASE NUMBER: <br> CV13-07279-SVW (Ex) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: SEE ATTACHED LIST OF DOCUMENTS

3. a. Party served *(specify name of party as shown on documents served)*:
      Leo Radvinsky

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   2123 Warwick, Glenview, IL 60025

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:          (2) at *(time)*:
   b. [✓] **by substituted service.** On *(date)*: 10/11/2013 at *(time)*: 9:34 am I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      Anna Radvinsky (mother)
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [✓] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:          from *(city)*:          or [ ] a declaration of mailing is attached.
      (5) [✓] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Perfect 10, Inc., a California corporation | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Leo Radvinsky | CV13-07279-SVW (Ex) |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                            (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ✓ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                        ☐ other:

7. **Person who served papers**
   a. Name: Gerald D Keeley
   b. Address: 188 W Industrial Drive #131, Elmhurst, IL 60126
   c. Telephone number: (630) 501-1760
   d. **The fee** for service was: $ 25.00
   e. I am:
      (1) ✓ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner  ☐ employee  ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☐ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 10/15/2013

Gerald D Keeley
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(signature)* Gerald D Keeley
(SIGNATURE)

POS-010 [Rev. January 1, 2007]            **PROOF OF SERVICE OF SUMMONS**            Page 2 of 2

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Lynell D. Davis, Esq. (SBN 271152)<br>PERFECT 10, INC.<br>11803 Norfield Court<br>Los Angeles, CA 90077<br>TELEPHONE NO.: 310) 476-0794   FAX NO. (Optional): (310) 476-8138<br>E-MAIL ADDRESS (Optional): lynell@perfect10.com<br>ATTORNEY FOR (Name): Plaintiff, Perfect 10, Inc. | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 312 N. Spring Street
MAILING ADDRESS: 312 N. Spring Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central Division of California

PLAINTIFF/PETITIONER: Perfect 10, Inc., a California corporation
DEFENDANT/RESPONDENT: Cybertania Inc

| DECLARATION | CASE NUMBER:<br>CV13-07279-SVW (Ex) |
|---|---|

Service Attempts on:

Leo Radvinsky
2123 Warwick
Glenview IL 60025

10/03/13 06:00 PM - Father stated Leo was not home and his return was not known.
10/04/13 10:00 AM - Mother stated Leo was not home and his return was not known.
10/10/13 03:00 PM - No answer
10/11/13 09:30 AM - Mother stated Leo was not home and his return was not known.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/15/13

Gerald D Keeley
(TYPE OR PRINT NAME)

*(signature)*
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☑ Other (Specify):
Process Server

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1