1 | [SEE COUNSEL ON
2 | FOLLOWING PAGE]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>LEO RADVINSKY, an individual; CYBERTANIA, INC., an Illinois corporation; DATA CONVERSIONS, INC. (FORMERLY KNOWN AS AEBN, INC.), a North Carolina corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants. | CASE NO. 2:13-cv-07279-SVW-E<br><br>*Before Hon. Stephen V. Wilson*<br><br>**STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE** |

Lynell D. Davis, Esq., SBN 271152
lynell@perfect10.com
Natalie Locke, Esq., SBN 261363
PERFECT 10, INC.
11803 Norfield Court
Los Angeles, CA 90077
P 310.476.0794 | F 310.476.8138

Eric J. Benink, Esq., SBN 187434
eric@kkbs-law.com
KRAUSE KALFAYAN BENINK & SLAVENS, LLP
550 West C Street, Suite 530
San Diego, CA 92101
P 619.232.0331 | F 619.232.4019

Attorneys for Plaintiff and Counter-defendant

Perfect 10, Inc.


Matthew A. Becker, Esq., (SB# 190748)
Karen M. Hawkes, Esq., (SB# 236847)
THE LAW OFFICE OF MATTHEW A. BECKER, PC
1003 Isabella Avenue
Coronado, California 92118
Telephone: (619) 522-6760
Facsimile: (619) 522-6763

Attorneys for Defendants
Leo Radvinsky and Cybertania, Inc.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that plaintiff Perfect 10, Inc. and defendants Leo Radvinsky and Cybertania, Inc. hereby request dismissal of the above-referenced action with prejudice pursuant to Fed. R. Civ. P. 41(a), with each side to bear its own costs and fees.

Dated: March 13, 2014          PERFECT 10, INC.

                                s/ Eric J. Benink
                               By _____
                                Eric J. Benink
                                Attorneys for Plaintiff Perfect 10, Inc.

Dated: March 13, 2014          LAW OFFICES OF MATTHEW A. BECKER

                                s/ Matthew A. Becker
                               By _____
                                Matthew A. Becker
                                Attorneys for Defendants Leo Radvinsky
                                and Cybertania, Inc.