UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LEO RADVINSKY, an individual; CYBERTANIA, INC., an Illinois corporation; DATA CONVERSIONS, INC. (FORMERLY KNOWN AS AEBN, INC.), a North Carolina corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-07279-SVW-E<br><br>*Before Hon. Stephen V. Wilson*<br><br>**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>JS-6 |

1  Upon reviewing the stipulation by and between Plaintiff Perfect 10, Inc. and
2  Defendants Leo Radvinsky and Cybertania, Inc. requesting dismissal of the above-
3  referenced action pursuant to Fed. R. Civ. P. 41(a), this action is dismissed with
4  prejudice with each side to bear his or its own costs and attorney's fees.

6  IT IS SO ORDERED.

8  DATED: March 14, 2014   _____
                            Hon. Stephen V. Wilson
9                           United States District Court Judge